UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

FILED

NOV 25 2013

THOMAS G BRUTON
CLERK, US DISTRICT COURT

| UNITED STATES | ) | |
|---|---|---|
| OF AMERICA | ) | CASE NO 12 CR 416 |
| V | ) | JUDGE FEINERMAN |
| CHARLES ESTELL | ) | |

NOTICE OF TERMINATION OF ATTORNEY GREGORY T. MITCHELL FOR VIOLATING RULE 1.2, 1.3, AND 1.4 OF THE ABA ATTORNEY RULES OF PROFESSIONAL CONDUCT.

NOW COMES, Charles Estell, and gives this court notice that he has terminated Gregory T. Mitchell as his attorney pursuant to Gregory T. Mitchell violating rules 1.2, 1.3 and 1.4 of the ABA rules of professional conduct. Mr. Mitchell also violated the VI amendment to the Constitution when Mr. Mitchell did not provide Mr. Estell effective assistance of counsel as guaranteed by the 6th amendment. Mr. Mitchell failed to perform due diligence on all substantive facts of case at bar. By not fully investigating all substantive facts Mr. Estell was not provided full disclosure and could not make a decision knowingly and intelligently. Mr. Mitchell's lack of due diligence and failure to communicate with Mr. Estell all substantive facts deprived Mr. Estell of effective assistance of competent counsel. Thus Mr. Gregory T. Mitchell is now terminated from representing Charles Estell.

Executed on November 21ST, 2013 _____

                                        Charles Estell

                                        MCC Chicago

                                        71 West Van Buren

                                        Chicago, IL. 60605

## CERTIFICATE OF SERVICE

Charles Estell certifies that the foregoing document(s) have been serviced by using the legal mail system of the Metropolitan Correctional Center by depositing document(s) in the U.S. mail on November __, 2013, to be serviced by U.S. mail to the clerk of the District Court of the Northern District of Illinois Eastern Division and the United States Attorney's office of the Northern District of Illinois Eastern Division located at 219 South Dearborn Street, Chicago, IL. 60604. The following parties have additionally been serviced a copy of the foregoing document.

1. United States Attorney General Eric Holder

    United States Department of Justice

    950 Pennsylvania Avenue, NW

    Washington, DC 20530-001

Executed on November 21ST, 2013 _____

                                        Charles Estell

                                        08237-045

                                        MCC Chicago

                                        71 West Van Buren

                                        Chicago, IL 60605