

# Filed 3/14/2014

# 12 CR 416
# USA v. Estell
# Judge Feinerman
# Government's
# Sentencing Exhibits
# 1-4

FILED

MAR 14 2014

Judge Gary Feinerman
United States District Court

IN CUSTODY

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
## CENTRAL DIVISION

THE PEOPLE OF THE STATE OF CALIFORNIA,
Plaintiff,

v.

CHARLES ESTELL,
*dob 07/17/74, Booking No. 08178871A,*
*aka CHARLES BELL ESTELL;*
Defendant

CT No. CD216721
DA No. ACJ499

COMPLAINT-FELONY

INFORMATION

Date: 10-29-08 TU

## PC296 DNA TEST STATUS SUMMARY

| Defendant | DNA Testing Requirements |
|---|---|
| ESTELL, CHARLES | DNA sample required upon conviction |

## CHARGE SUMMARY

| Count | Charge | Issue Type | Sentence Range | Special Allegations | Allegation Effect |
|---|---|---|---|---|---|
| 1 | HS11360(a)<br>ESTELL, CHARLES | Felony | 2-3-4 | | |
| 2 | HS11359<br>ESTELL, CHARLES | Felony | 16-2-3 | | |

PC1054.3 INFORMAL REQUEST FOR DISCOVERY

The undersigned, certifying upon information and belief, complains that in the County of San Diego, State of California, the Defendant(s) did commit the following crime(s):

GOVERNMENT
EXHIBIT
Sentencing
#1

# CHARGES

## COUNT 1 - TRANSPORTATION OF MORE THAN 28.5 GRAMS OF MARIJUANA

On or about October 14, 2008, CHARLES ESTELL did unlawfully transport, offer, and attempt to transport more than 28.5 grams of marijuana, in violation of HEALTH AND SAFETY CODE SECTION 11360(a).

## COUNT 2 - POSSESSION OF MARIJUANA FOR SALE

On or about October 14, 2008, CHARLES ESTELL did unlawfully possess marijuana for sale, in violation of HEALTH AND SAFETY CODE SECTION 11359.

---

NOTICE: Any defendant named on this complaint who is on criminal probation in San Diego County is, by receiving this complaint, on notice that the evidence presented to the court at the preliminary hearing on this complaint is presented for a dual purpose: the People are seeking a holding order on the charges pursuant to Penal Code Section 872 and simultaneously, the People are seeking a revocation of the defendant's probation, on any and all such probation grants, utilizing the same evidence, at the preliminary hearing. Defenses to either or both procedures should be considered and presented as appropriate at the preliminary hearing.

Pursuant to PENAL CODE SECTION 1054.5(b), the People are hereby informally requesting that defendant's counsel provide discovery to the People as required by PENAL CODE SECTION 1054.3.

The People reserve the right to amend the accusatory pleading to further allege any and all facts in aggravation in light of Cunningham v. California (2007).

Sheriff's records indicate that as of the booking date one or more defendants have not yet provided a DNA sample to the DOJ database. Pursuant to Penal Code Section 296(e), the court shall order collection of DNA from the defendant(s) if advised by the prosecuting attorney that a sample is required but has not been provided by the defendant. Pursuant to Penal Code sections 296/296.1, if not already required from a past conviction, any defendants who have not done so will be required to provide a sample upon conviction of this felony offense.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT AND THAT THIS COMPLAINT, CASE NUMBER CD216721, CONSISTS OF 2 COUNTS.

Executed at San Diego, County of San Diego, State of California, on October 16, 2008.

Y. Chavez

COMPLAINANT

---

INFORMATION

BONNIE M. DUMANIS
District Attorney
County of San Diego
State of California
by:

Deputy District Attorney

6/29/08

Date

DA ______

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

☐ CENTRAL ☐ NORTH ☐ EAST ☐ SOUTH

DATE 9-29-09 AT A M.

PRESENT: HON. David J. Danielsen, JUDGE PRESIDING DEPARTMENT 31

CLERK E. Baldwin REPORTER Not Reported CSR# ______

REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

THE PEOPLE OF THE STATE OF CALIFORNIA VS. Charles Estell, DEFENDANT

N/P, DEPUTY DISTRICT ATTORNEY

N/P, ATTORNEY FOR DEFENDANT (PD / APD / MCO / PCC / RETAINED)

VIOLATION OF HS 11359 P.O. ______

ENH(S) ______ INTERP. ______ OATH ON FILE / SWN.

PRIOR(S) ______ LANGUAGE ______

DEFENDANT ☐ PRESENT ☒ NOT PRESENT ☐ NOT PRODUCED

**PREV**

☐ DEFENDANT ADVISED OF RIGHTS AND ADMITS / DENIES A VIOLATION OF PROBATION ______. WAIVES HEARING.

PROBATION IS / REMAINS: FORMALLY / SUMMARILY ☐ REVKD ☐ REINST ☒ MODIFIED ☒ CONT ☒ ST&C ☐ TERMD. ☐ EXT. TO: ______.

**JUDGMENT**

☐ WAIVES ARRAIGNMENT. ☐ ARRAIGNED FOR JUDGMENT. ☐ IMPOSITION / EXECUTION OF SENTENCE IS SUSPENDED.

☐ PROBATION IS: ☐ DENIED ☐ GRANTED ______ YEARS (FORMAL / SUMMARY) TO EXPIRE ______. ☐ CONVERTS TO SUMM. PROB. ______.

☐ COMMITMENT TO SHERIFF FOR ______ DAYS. STAYED TO ______ / PNDG. SUCC. COMPL. OF PROB. PAROLE NOT TO BE GRANTED.

☐ PERFORM ______ ☐ DAYS PSP. ☐ HOURS VOL. WORK AT NONPROFIT ORG. SUBMIT PROOF TO PROBATION / COURT BY ______.

☐ 4TH AMENDMENT WAIVER: IMPOSED. / REMAINS IN EFFECT. / DELETED. ☐ PROTECTIVE ORDER: ISSUED. / REMAINS IN EFFECT. / MODIFIED. / DELETED.

☐ FURTHER CONDITIONS ARE SET FORTH IN PROBATION ORDER. WORK FURLOUGH, REPORT: ______ TO 551 S. 35TH ST., SAN DIEGO AT 8:00 A.M.

☐ **DEFT. IS COMMITTED TO THE DEPT. OF CORRECTIONS & REHABILITATION** ☐ PER PC 1170(d). ☐ DIVISION OF JUVENILE JUSTICE ☐ PER WI 1737

☐ FOR ______ LOWER / MIDDLE / UPPER / INDETERMINATE TERM OF ______ YEARS / MONTHS / TO LIFE

ON COUNT ______ CODE & NO. ______ ☐ PRINCIPAL COUNT. ☐ STIPULATED SENTENCE

☐ DEFENDANT SENTENCED PER PC 667(b)-(i)/1170.12. ☐ NOTICE OF FIREARMS PROHIBITION GIVEN PER PC 12021.

☐ **NO VISITATION** PER PC 1202.05. VICTIM IS UNDER 18 YRS. OF AGE. DA TO COMPLY WITH NOTICES.

☐ DEFT. ADVISED RE: PAROLE / APPEAL RIGHTS. ☐ **DEFT. TO REGISTER** PER ☐ PC 290 ☐ HS 11590 ☐ PC 457.1 ☐ PC 186.30

☐ **TESTING:** ☐ COMPLIANCE WITH PC 296 VERIFIED. ☐ DNA PER PC 296. ☐ HIV PER PC 1202.1.

CREDIT FOR TIME SERVED:
______ DAYS LOCAL
______ DAYS STATE INST.
______ DAYS PC4019 / 2933.1
______ TOTAL DAYS CREDIT

☐ **DEFENDANT TO PAY:** **FINE** OF $______ INCLUDING PENANTY ASSESSMENT. ☐ $______ LAB FEE PER HS 11372.5(a) AND $______ DRUG PROGRAM FEE PER HS 11372.7(a) FOR EACH QUALIFYING OFFENSE. ☐ **COURT SECURITY FEE** OF $______ ☐ **BOOKING FEES.** ☐ **PROBATION COSTS.**

**REST. FINES:** ☐ $______ PER PC1202.4(b). ☐ F/W PER PC2085.5. ☐ $______ PER PC1202.44 / PC1202.45 SUSP. UNLESS PROB. / PAROLE REVKD.

☐ PROBATION HAVING BEEN FORMALLY REVOKED, THE PREVIOUS RESTITUTION FINE OF $______, SUSPENDED PER PC 1202.44, IS NOW DUE.

☐ **RESTITUTION TO VICTIM(S)** PER P.O.'S REPORT / REST. FUND PER PC 1202.4(f) OF $______ / IN AN AMT. TO BE DETERMINED. ☐ JOINT & SEVERAL.

☐ COURT-APPT. ATTORNEY FEES OF $______. ☐ AT COMBINED RATE OF $______ PER MONTH TO START 60 DAYS AFTER RELEASE / ON ______.

☐ DEFT. TO REPORT TO ☐ PROBATION ☐ REVENUE & RECOVERY ☐ COURT COLLECTIONS ☐ FORTHWITH. ☐ WITHIN 72 HOURS OF RELEASE FROM CUSTODY.

**CUST / STAT**

☒ DEFENDANT REMANDED TO CUSTODY OF SHERIFF ☒ WITHOUT BAIL. ☐ WITH BAIL SET AT $______.

☐ MAY BE RELEASED TO REP. OF PD / PROB./APPROVED RES. TREATMENT PROG. ☐ STAY / SERVE BAL. OF CUST. ☐ WHEN BED AVAIL. ☐ AFTER ______ CUST.

☐ DEFENDANT ORDERED RELEASED FROM CUSTODY ☐ ON PROBATION. ☐ ON OWN / SUPERVISED RECOGNIZANCE. ☐ ON DEJ. ☐ THIS CASE ONLY.

☐ DEFENDANT TO REMAIN AT LIBERTY ☐ ON BOND POSTED $______. ☐ ON PROBATION. ☐ ON DEJ. ☐ ON OWN / SUPERVISED RECOGNIZANCE.

**FUT HRGS**

☐ DEFENDANT : ☐ WAIVES STATUTORY TIME FOR PRONOUNCEMENT OF JUDGMENT. ☐ IS REFERRED FOR DIAGNOSTIC EVALUATION PER PC 1203.03. / WI 707.2.

______ CONTINUED TO / SET FOR ______ AT ______ IN DEPT. ______ ON MOTION OF COURT / DDA / DEFENDANT / PROBATION OFFICER. REASON:

☐ TO BE HEARD CONCURRENTLY WITH PRELIMINARY HEARING IN CASE ______. ☐ TO TRAIL CASE ______

**BWRNTS / BONDS**

☐ BENCH WARRANT TO ISSUE, BAIL SET AT $______. ☐ SERVICE FORTHWITH. ☐ ORDERED WITHHELD TO ______

☐ BENCH WARRANT ISSUED / ORDERED ______ IS RECALLED / RESCINDED.

☐ DECL. OF NON-COLLUSION & RE-ASSUMPTION OF LIABILITY FILED. ☐ BAIL FORF. IS SET ASIDE. ☐ BAIL IS ☐ REINSTATED. ☐ EXONERATED. ☐ FORF

☐ UPON PAYMENT OF COURT COST $______ WITHIN 30 DAYS. COST WAIVED. BOND AMT $______ BOND NO. ______

BOND COMPANY ______ AGENT ______

GOVERNMENT EXHIBIT Sentencing #2

**MH**

☐ PROCEEDINGS SUSPENDED ☐ PER **PC 1368**, MENTAL COMPETENCY. (SEE BELOW FOR DATES OF EXAMINATION AND HEARING.)

☐ PER WI 3051, ADDICTION OR DANGER OF ADDICTION. SERVICE OF PETITION: ______

**OTHER**

☐ ALL PROPERTY IMPOUNDED, SEIZED, OR HELD IN CUSTODY IN THIS CASE TO BE DISPOSED OF PER POSSESSING AGENCY'S POLICY.

☐ PROBATION: PREPARE SUPP. REPT. / SUBMIT POST-SENT. REPT. TO CDCR PER PC1203c. CLERK: ☐ REGISTRAR OF VOTERS. ☐ DMV ABSTRACT B.A.C. ______

☐ SEE ATTACHED MINUTES FOR ADDITIONAL ORDERS. ☐ CONCURRENT WITH / CONSECUTIVE TO:

The Court has received an ex parte request from the Probation office requesting all fees & fines be waived in light of the defendant's incarceration in his state of residence. The Court orders all fees & fines waived.

Distribution by ______ on ______ to JAIL DEFT. ATTY. PROS. PROB. R&R Other: ______

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

CASE SCD216721 DA ACJ49901 BKG

DATE 01-09-09 AT 1:30 p.m. IN DEPARTMENT 31

JUDGE: HON. DAVID J. DANIELSEN

REPORTER: LINDA UHURU, CSR # 12768
REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

CLERK: ELAINE SABLAN

MC REYNOLDS, STACEY, Deputy District Attorney
COUNSEL FOR THE PEOPLE

THE PEOPLE OF THE STATE OF CALIFORNIA,
PLAINTIFF,
vs.

TANDON, DANESH, Deputy Public Defender
COUNSEL FOR THE DEFENDANT

CHARLES ESTELL,
DEFENDANT.

PROBATION OFFICER: SUSAN GONZALES

**VIOLATIONS**

Ct(s): Ct. 2 HS11359

**PROBATION HRG-SENTENCING**

The defendant is present.

The defendant waives arraignment for judgment. The imposition of sentence is suspended.

The defendant is granted **probation** to the court for a period of **3 years.** Probation will expire **01-08-12.**

The defendant is **committed to the custody of the Sheriff** for **132 days.** The defendant is given credit for time served of **88 actual days**, plus **44 days of PC 4019 credits**, for a total of **132 days.**

The defendant is ordered to pay a fine of **$680**, ~~plus~~ including penalty assessments. The defendant is ordered to pay a restitution fine in the amount of **$200** pursuant to PC 1202.4(b).

Monies are to be paid to the Probation Department through Revenue and Recovery at a combined rate of **$35** per month. Payments are to begin 60 days after release from custody in Illinois

The defendant is also ordered to pay: probation costs as shown in the Probation Order, court-appointed attorney fees in the amount of **$570** . The defendant is referred to the Department of Revenue and Recovery to set up a payment account.

The defendant waives Fourth Amendment protection as to the following: person, property, place of residence, vehicle, personal effects. The Fourth Amendment Waiver expires 01-08-12.

The defendant is ordered to register pursuant to HS 11590. Testing is ordered pursuant to PC 296 Further conditions are set forth in the Probation Order.

**CUSTODY STATUS**

The defendant is **ordered released from custody on probation.** The release order applies to this case only.

**OTHER**

THIS IS A FELONY PROBATION TO THE COURT WITHOUT THE SUPERVISION OF THE PROBATION OFFICER.

THE DEFENDANT IS TO PAY A $20 COURT SECURITY FEE PER PC1465.8.
THE DEFENDANT IS TO PAY A $200 PROBATION REVOCATION RESTITUTION FINE PER PC1202.44 TO BE SUSPENDED AND REMAIN SO UNLESS PROBATION IS REVOKED.

THE DEFENDANT'S FELONY CONVICTION TO BE REPORTED TO THE REGISTRAR OF VOTERS.

THE PC12021 FIREARMS ADVISAL IS GIVEN TO THE DEFENDANT.

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

David J. Danielsen
Judge of the Superior Court

ORIGINAL

SUPERIOR COUR OF CALIFORNIA, COUNTY OF SAN DIEGO

CASE **SCD216721** DA **ACJ49901** BKG

DATE **12-10-08** AT **8:30 a.m.** IN DEPARTMENT **31**

JUDGE: **HON. DAVID J. DANIELSEN**

CLERK: **ELAINE SABLAN**

REPORTER: **STEPHANIE BRYANT, CSR # 13160**
REPORTER'S ADDRESS: P.O. BOX 120128, SAN DIEGO, CA 92112-0128

**THE PEOPLE OF THE STATE OF CALIFORNIA,**
PLAINTIFF,

vs.

**CHARLES ESTELL,**
DEFENDANT.

**FURNARI, ELIZABETH**, Deputy District Attorney
COUNSEL FOR THE PEOPLE

**TANDON, DANESH**, Deputy Public Defender
COUNSEL FOR THE DEFENDANT

## VIOLATIONS

Ct(s): Ct. 1 HS11360(a); Ct. 2 HS11359

## READINESS CONFERENCE

The defendant is present.

The defendant informs the Court of an intent to change the plea. The defendant is advised of constitutional rights and waives those rights. The defendant is sworn and examined. The defendant withdraws the previously entered plea of not guilty. The defendant enters a plea of **guilty** to the following charge(s):

**Count 2** HS11359

The defendant tenders a Harvey waiver.

The Court grants the People's motion to **dismiss remaining counts,** if any, and to **strike remaining allegations,** if any, in the furtherance of justice and in view of the plea.

## CUSTODY STATUS

The defendant is **remanded to the custody of the Sheriff with bail set at $50,000.**

## FUTURE HEARINGS

**Trial Call** on **12-18-08 at 9:00 a.m. in Department 11** is vacated.

**Probation Hrg-sentencing** is set for **01-09-09 at 1:30 p.m. in Department 31**.

## PROBATION REFERRAL

The Probation Department is ordered to prepare a Presentence Report.

The defendant is referred to the Probation Department at 330 W. Broadway, San Diego.

The defendant was found guilty by a plea. The accusatory pleading was filed on 10-29-08.

## OTHER

CRUZ/BLAKELY WAIVERS.

/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/
/

ORIGINAL

[signature]
Judge of the Superior Court

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | For Court Use Only<br>FILED<br>Clerk of the Superior Court<br>DEC 10 2008<br>By: ELAINE SABLAN, Deputy |
|---|---|
| PEOPLE vs Charles Estell Defendant | |
| PLEA OF GUILTY/NO CONTEST – FELONY | Court Number: SCD216721<br>DA Number: ACJ499 |

**I, the defendant in the above-entitled case, in support of my plea of Guilty/No Contest, personally declare as follows:**

1. Of those charges now filed against me in this case, I plead Guilty to the following offenses and admit the enhancements, allegations and prior convictions as follows: C.E.

| COUNT | CHARGE | ENHANCEMENT/ALLEGATION |
|---|---|---|
| Ct 2 | HS 11359 | |
| | | |
| | | |
| | | |
| | | |

| PRIORS: (LIST ALLEGATION SECTION, CONVICTION DATE, COUNTY, CASE NUMBER, AND CHARGE) |
|---|
| |
| |
| |

2. I have not been induced to enter this plea by any promise or representation of any kind, except: *(State any agreement with the District Attorney.)* Felony Probation to the Court per court DA lic STC C.E.

3. I am entering my plea freely and voluntarily, without fear or threat to me or anyone closely related to me. C.E.

4. I understand that a plea of No Contest is the same as a plea of Guilty for all purposes.

5. I am sober and my judgment is not impaired. I have not consumed any drug, alcohol or narcotic within the past 24 hours. C.E.

## CONSTITUTIONAL RIGHTS

6a. I understand that I have the right to be represented by a lawyer at all stages of the proceedings. I can hire my own lawyer or the Court will appoint a lawyer for me if I cannot afford one. C.E.

**I understand that as to all charges, allegations and prior convictions filed against me, and as to any facts that may be used to increase my sentence, now or in the future, I also have the following constitutional rights, which I now give up to enter my plea of guilty/no contest:**

6b. I have the right to a **speedy and public trial by jury. I now give up this right.** C.E.

6c. I have the right to **confront and cross-examine all the witnesses** against me. **I now give up this right.** C.E.

6d. I have the right to **remain silent** (unless I choose to testify on my own behalf). **I now give up this right.** C.E.

6e. I have the right to **present evidence in my behalf** and to have the court subpoena my witnesses at no cost to me. **I now give up this right.** C.E.

Defendant: Charles Estell | CASE NUMBER: SCD216721

## CONSEQUENCES OF PLEA OF GUILTY OR NO CONTEST

7a. I understand that I may receive this maximum punishment as a result of my plea: 3 years in State Prison, $20,000 fine and 4 years parole (4, 7, 14, life) with return to prison for every parole violation. If I am not sentenced to prison I may receive probation for a period up to 5 years or the maximum prison term, whichever is greater. As conditions of probation I may be given up to a year in jail custody, plus the fine, and any other conditions deemed reasonable by the Court. I understand that if I violate any condition of probation I can be sent to State Prison for the maximum term as stated above. C.E.

7b. I understand that I must pay a restitution fine ($200 - $10,000), that I will also be subject to a suspended fine in the same amount, and that I must pay full restitution to all victims. C.E.

7c. I understand that my conviction in this case will be a serious/violent felony ("strike") resulting in mandatory denial of probation and substantially increased penalties in any future felony case. [X]

7d. I understand that if I am not a U.S. citizen, this plea of Guilty/No Contest may result in my removal/deportation, exclusion from admission to the U.S. and denial of naturalization. Additionally, if this plea is to an "Aggravated Felony" listed on the back of this form, then I **will** be deported, excluded from admission to the U.S., and denied naturalization. C.E.

7e. I understand that my plea of Guilty or No Contest in this case could result in revocation of my probation or parole in other cases, and consecutive sentences. C.E.

7f. My attorney has explained to me that other possible consequences of this plea may be: (Circle applicable consequences.) C.E.

(1) Consecutive sentences
(2) Loss of driving privileges
~~(3) Commitment to Youth Authority~~
~~(4) Lifetime registration as an arson / sex offender~~
(5) Registration as ~~a~~ narcotic ~~/ gang offender~~
(6) Cannot possess firearms or ammunition
(7) Blood test and saliva sample
(8) Priorable (increased punishment for future offenses)
(9) Prison prior +1
~~(10) Mandatory prison~~
~~(11) Presumptive prison~~
~~(12) Sexually Violent Predator Law~~
~~(13) Possible/Mandatory hormone suppression treatment~~
~~(14) Reduced conduct credits~~
~~a. Violent Felony (No credit or max. 15%)~~
~~b. Prior Strike(s) (No credit to max. 20%)~~
~~c. Murder on/after 6/3/98 (No credit)~~ [X]
(15) Loss of public assistance
(16) AIDS education program
~~(17) Other:~~ ______

### OTHER WAIVERS

8. **(Appeal Rights)** I give up my right to appeal the following: 1) denial of my 1538.5 motion, 2) issues related to strike priors (under PC sections 667(b)-(i) and 1170.12), and 3) any sentence stipulated herein. C.E.

9. **(*Harvey* Waiver)** The sentencing judge may consider my prior criminal history and the entire factual background of the case, including any unfiled, dismissed or stricken charges or allegations or cases when granting probation, ordering restitution or imposing sentence. C.E.

10. **(*Cruz* Waiver)** Negotiated Disposition pursuant to PC 1192.5: I understand that if pending sentencing I am arrested for or commit another crime, violate any condition of my release, or willfully fail to appear for my probation interview or my sentencing hearing, the sentence portion of this agreement will be cancelled. I will be sentenced unconditionally, and I will not be allowed to withdraw my guilty/no contest plea(s). C.E.

11. **(*Arbuckle* Waiver)** I give up my right to be sentenced by the judge who accepts this plea. [X]

12. **(Probation Report)** I give up my right to a full probation report before sentencing. [X]

| Defendant: Charles Estell | CASE NUMBE. SCD216721 |
|---|---|

13. **(Evidence Disposal Waiver)** I give up my interest in all non-biological property/evidence impounded during the investigation of this case except Keys and acknowledge that if I listed any property here, I must also file a claim with the impounding agency within 60 days after pronouncement of judgment or my ability to make a claim will expire. C.E.

**PLEA**

14. I now plead Guilty/No Contest and admit the charges, convictions and allegations described in paragraph ~~#1, above~~. I admit that on the dates charged, I: *(Describe facts as to each charge and allegation)* ~~[illegible]~~ possessed a controlled substance for sales to wit marijuana. C.E.

15. I declare under penalty of perjury that I have read, understood, and initialed each item above and any attached addendum, and everything on the form and any attached addendum is true and correct. C.E.

Dated: 12/10/08 Defendant's Signature [signature]

Defendant's Address: 11940 S. Union
Street

Chicago, Ill 60628
City State Zip

Telephone Number: (773)

Defendant's Right Thumb Print

**ATTORNEY'S STATEMENT**

I, the attorney for the defendant in the above-entitled case, personally read and explained to the defendant the entire contents of this plea form and any addendum thereto. I discussed all charges and possible defenses with the defendant, and the consequences of this plea, including any immigration consequences. I personally observed the defendant fill in and initial each item, or read and initial each item to acknowledge his/her understanding and waivers. I observed the defendant date and sign this form and any addendum. I concur in the defendant's plea and waiver of constitutional rights.

Dated: 12/10/08 Danesh L. Tandon [signature]
(Print Name) **Attorney for Defendant** (Signature)
(Circle one: PD / APD / PCC / RETAINED)

**INTERPRETER'S STATEMENT (If Applicable)**

I, the sworn ______ language interpreter in this proceeding, truly translated for the defendant the entire contents of this form and any attached addendum. The defendant indicated understanding of the contents of this form and any addendum and then initialed and signed the form and any addendum.

Dated: ______
(Print Name) Court Interpreter (Signature)

**PROSECUTOR'S STATEMENT**

The People of the State of California, plaintiff, by its attorney, the District Attorney for the County of San Diego, concurs with the defendant's plea of Guilty/No Contest as set forth above.

Dated: 12/10/08 Elizabeth Furnari [signature]
(Print Name) Deputy District Attorney (Signature)

**COURT'S FINDING AND ORDER**

The Court, having questioned the defendant and defendant's attorney concerning the defendant's plea of Guilty/No Contest and admissions of the prior convictions and allegations, if any, finds that: The defendant understands and voluntarily and intelligently waives his/her constitutional rights; the defendant's plea and admissions are freely and voluntarily made; the defendant understands the nature of the charges and the consequences of the plea and admissions, and there is a factual basis for same. The Court accepts the defendant's plea and admissions, and the defendant is convicted thereby.

Dated: 12/10/08 [signature]
Judge of the Superior Court

Defendant Charles Estell

Case No: SCD216721

FILED
Clerk of the Superior Court

DEC 10 2008

By: ELAINE SABLAN, Deputy

# BLAKELY WAIVER

I understand I have the right to a jury or court trial, the right to confront and cross-examine witnesses, the right to subpoena witnesses, the right to present evidence, and the right to testify or remain silent, as to any sentencing factors that may be used to increase my sentence on any count or allegation to the upper or maximum terms provided by law.

I now give up these rights and agree to allow the determination as to the existence of any fact in aggravation to be made by the sentencing judge in accordance with existing California statutes and Rules of Court. I also agree this waiver shall apply to any future sentence that may be imposed in the event my probation is revoked.

Dated: 12/10/08 Defendant: [signature]

Dated: 12/10/08 Attorney: [signature]

Dated: Court Interpreter:

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 07600434901

CHARLES B ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

Charging the above named defendant with:

420-2/18 F VEHICULAR HIJACKING

The following disposition(s) was/were rendered before the Honorable Judge(s):

04/16/07 WARRANT SENT TO POLICE AGENCY
04/14/07 WARR ORD, WARR ISSUED $1000000
CONDON, THOMAS J
04/14/07 BAIL AMOUNT SET $1000000
CONDON, THOMAS J
04/17/07 DEFENDANT IN CUSTODY
CONDON, THOMAS J
04/17/07 WARR RETURNED, EXECUTED,FILED,
CONDON, THOMAS J
04/17/07 BOND TO STAND
CONDON, THOMAS J
04/17/07 MOTION STATE - CONTINUANCE -MS 04/18/07 0670
CONDON, THOMAS J
04/17/07 RECALL/EXEC SENT TO POLICE AGY
04/18/07 DEFENDANT IN CUSTODY
CONDON, THOMAS J
04/18/07 PROBABLE CAUSE TO DETAIN
CONDON, THOMAS J
04/18/07 BAIL AMOUNT SET $ 500000
COMP BOND
CONDON, THOMAS J
04/18/07 MOTION DEFT - CONTINUANCE - MD 04/23/07 0670
CONDON, THOMAS J
05/02/07 CONTINUANCE BY ORDER OF COURT 05/04/07 0670
CLIFFORD ROBERT JEFFERY
05/04/07 DEFENDANT IN CUSTODY
CONDON, THOMAS J
05/04/07 BOND JUDGMENT VACATED
CONDON, THOMAS J

GOVERNMENT EXHIBIT Sentencing #3 (group)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 07600434901

CHARLES B ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

05/04/07 BAIL AMOUNT SET $ 400000
COMP BOND
CONDON, THOMAS J
05/04/07 MOTION STATE - CONTINUANCE -MS 05/09/07 0670
CONDON, THOMAS J
05/09/07 TRANSFERRED 05/29/07 0600
CONDON, THOMAS J
05/29/07 SUPERSEDED BY DIRECT INDTMENT CALL 07C
10 YRS 21 MTH 1 DYS
PANICHI, THOMAS P.

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 06/12/12

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 07CR1021001

CHARLES ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

| | | |
|---|---|---|
| 720-5/10-2(a)(3) | F X | AGG KIDNAPING/INFLICT HARM |
| 720-5/10-2(a)(3) | F X | AGG KIDNAPING/INFLICT HARM |
| 720-5/18-3(a) | F 1 | VEHICULAR HIJACKING |
| 720-5/10-1(a)(1) | F 2 | KIDNAPING/SECRETLY CONFINE |
| 720-5/10-1(a)(2) | F 2 | KIDNAPING/FORCE OR THREAT |

The following disposition(s) was/were rendered before the Honorable Judge(s):

| | | | |
|---|---|---|---|
| 05/17/07 IND/INFO-CLK OFFICE-PRES JUDGE | 05/29/07 1701 | | |
| 05/29/07 TRANSFERRED TO SUBURBAN DIST<br>BIEBEL, PAUL JR. | 05/29/07 0600 | | |
| 05/29/07 CASE ASSIGNED<br>PANICHI, THOMAS P. | 05/29/07 0671 | | |
| 05/29/07 DEFENDANT ON BOND<br>PANICHI, THOMAS P. | 00/00/00 | | |
| 05/29/07 DEFENDANT ARRAIGNED<br>PANICHI, THOMAS P. | 00/00/00 | | |
| 05/29/07 PLEA OF NOT GUILTY<br>PANICHI, THOMAS P. | 00/00/00 | | |
| 05/29/07 ADMONISH AS TO TRIAL IN ABSENT<br>PANICHI, THOMAS P. | 00/00/00 | | |
| 05/29/07 MOTION FOR DISCOVERY<br>PANICHI, THOMAS P. | 00/00/00 | F | 1 |
| 05/29/07 CONTINUANCE BY AGREEMENT<br>PANICHI, THOMAS P. | 06/18/07 0671 | | |
| 06/18/07 DEFENDANT ON BOND<br>CLIFFORD ROBERT JEFFERY | 00/00/00 | | |
| 06/18/07 APPEARANCE FILED<br>CLIFFORD ROBERT JEFFERY | 00/00/00 | | |
| 06/18/07 CONTINUANCE BY AGREEMENT<br>CLIFFORD ROBERT JEFFERY | 07/16/07 0671 | | |
| 07/16/07 DEFENDANT ON BOND<br>CLIFFORD ROBERT JEFFERY | 00/00/00 | | |

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 07CR1021001

CHARLES ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
07/16/07 CONTINUANCE BY AGREEMENT               08/17/07 0671
     CLIFFORD ROBERT JEFFERY
08/17/07 DEFENDANT ON BOND                      00/00/00
     SIMMONS MICHELE M.
08/17/07 CONTINUANCE BY AGREEMENT               10/09/07 0671
     SIMMONS MICHELE M.
10/09/07 DEFENDANT ON BOND                      00/00/00
     CLIFFORD ROBERT JEFFERY
10/09/07 CONTINUANCE BY AGREEMENT               11/19/07 0671
     CLIFFORD ROBERT JEFFERY
10/09/07 DISCOVERY ANSWER FILED                 00/00/00 F       1
     CLIFFORD ROBERT JEFFERY
10/09/07 DISCOVERY ANSWER FILED                 00/00/00 F       2
     CLIFFORD ROBERT JEFFERY
11/19/07 DEFENDANT ON BOND                      00/00/00
     CLIFFORD ROBERT JEFFERY
11/19/07 DISCOVERY ANSWER FILED                 00/00/00 F       1
     CLIFFORD ROBERT JEFFERY
11/19/07 CONTINUANCE BY AGREEMENT               12/12/07 0671
     CLIFFORD ROBERT JEFFERY
12/12/07 BOND FORFEITURE                   B001
     CLIFFORD ROBERT JEFFERY
12/12/07 ENTERED AND CONTINUED
     CLIFFORD ROBERT JEFFERY
12/12/07 CONTINUANCE BY ORDER OF COURT     B001 12/27/07 0671
     CLIFFORD ROBERT JEFFERY
12/27/07 DEFENDANT ON BOND                      00/00/00
     CLIFFORD ROBERT JEFFERY
12/27/07 CONTINUANCE BY AGREEMENT               01/11/08 0671
     CLIFFORD ROBERT JEFFERY
01/11/08 BOND FORFEITURE                   B001
     CLIFFORD ROBERT JEFFERY
01/11/08 ENTERED AND CONTINUED             B001
     CLIFFORD ROBERT JEFFERY
01/11/08 CONTINUANCE BY ORDER OF COURT          03/12/08 0671
     CLIFFORD ROBERT JEFFERY
03/12/08 WARRANT SENT TO POLICE AGENCY          00/00/00
```

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 07CR1021001

CHARLES ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
03/12/08 DEFENDANT NOT IN COURT                          00/00/00
     CLIFFORD ROBERT JEFFERY
03/12/08 BOND FORFEITURE                            B001 00/00/00
     CLIFFORD ROBERT JEFFERY
03/12/08 NO BAIL                                         00/00/00
     CLIFFORD ROBERT JEFFERY
03/12/08 CONT FOR JUDMT ON FORFEITURE                    04/14/08 0671
     CLIFFORD ROBERT JEFFERY
03/12/08 WARR ORD, WARR ISSUED                           00/00/00
     CLIFFORD ROBERT JEFFERY
03/13/08 RECALL/EXEC SENT TO POLICE AGY                  00/00/00
03/13/08 DEFENDANT IN CUSTODY                            00/00/00
     CLIFFORD ROBERT JEFFERY
03/13/08 WARR RETURNED, EXECUTED,FILED                   00/00/00
     CLIFFORD ROBERT JEFFERY
03/13/08 BOND REINSTATED                                 00/00/00
     CLIFFORD ROBERT JEFFERY
03/13/08 DEFENDANT ON BOND                               00/00/00
     CLIFFORD ROBERT JEFFERY
03/13/08 MOTION TO VACATE BOND FORF.                     00/00/00 S      2
     CLIFFORD ROBERT JEFFERY
03/13/08 BOND FORFEITURE VACATED                    B001 00/00/00
     CLIFFORD ROBERT JEFFERY
03/13/08 MOTION DEFT - CONTINUANCE - MD                  04/14/08 0671
     CLIFFORD ROBERT JEFFERY
04/14/08 DEFENDANT ON BOND                               00/00/00
     CLIFFORD ROBERT JEFFERY
04/14/08 CHANGE PRIORITY STATUS                     R    00/00/00
     CLIFFORD ROBERT JEFFERY
04/14/08 WITNESSES ORDERED TO APPEAR                     04/14/08 0671
     CLIFFORD ROBERT JEFFERY
04/14/08 CONTINUANCE BY AGREEMENT                        06/02/08 0671
     CLIFFORD ROBERT JEFFERY
06/02/08 DISCOVERY ANSWER FILED                          00/00/00        1
     CLIFFORD ROBERT JEFFERY
06/02/08 WITNESSES ORDERED TO APPEAR                     06/02/08 0671
     CLIFFORD ROBERT JEFFERY
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 07CR1021001

CHARLES ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
06/02/08 CONTINUANCE BY AGREEMENT                 07/21/08 0671
         CLIFFORD ROBERT JEFFERY
07/21/08 DEFENDANT ON BOND                        00/00/00
         CLIFFORD ROBERT JEFFERY
07/21/08 WITNESSES ORDERED TO APPEAR              09/03/08 0671
         CLIFFORD ROBERT JEFFERY
07/21/08 CHANGE PRIORITY STATUS            R      00/00/00
         CLIFFORD ROBERT JEFFERY
07/21/08 CONTINUANCE BY AGREEMENT                 09/03/08 0671
         CLIFFORD ROBERT JEFFERY
09/03/08 DEFENDANT ON BOND                        00/00/00
         CLIFFORD ROBERT JEFFERY
09/03/08 MOTION TO WITHDRAW AS ATTORNEY           00/00/00
         CLIFFORD ROBERT JEFFERY
09/03/08 APPEARANCE FILED                         00/00/00
         CLIFFORD ROBERT JEFFERY
09/03/08 CONTINUANCE BY AGREEMENT                 10/09/08 0671
         CLIFFORD ROBERT JEFFERY
10/09/08 DEFENDANT ON BOND                        00/00/00
         CLIFFORD ROBERT JEFFERY
10/09/08 CONTINUANCE BY AGREEMENT                 12/08/08 0671
         CLIFFORD ROBERT JEFFERY
10/09/08 WITNESSES ORDERED TO APPEAR              00/00/00
         CLIFFORD ROBERT JEFFERY
10/09/08 CHANGE PRIORITY STATUS            R      00/00/00
         CLIFFORD ROBERT JEFFERY
12/08/08 WARRANT SENT TO POLICE AGENCY            00/00/00
12/08/08 DEFENDANT NOT IN COURT                   00/00/00
         CLIFFORD ROBERT JEFFERY
12/08/08 NO BAIL                                  00/00/00
         CLIFFORD ROBERT JEFFERY
12/08/08 WARR ORD, WARR ISSUED                    00/00/00
         CLIFFORD ROBERT JEFFERY
12/08/08 WARRANT OUTSTANDING                      00/00/00
         CLIFFORD ROBERT JEFFERY
12/10/08 WARR AUDITED - ELEC DOCK
12/10/08 WARR AUDITED - COURT FILE
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 07CR1021001

CHARLES ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
08/03/09 CASE ADVANCED 08/03/09 0666
08/03/09 HEARING DATE ASSIGNED 08/10/09 0671
MOTION FOR SPEEDY TRIAL FILED
08/10/09 DEFENDANT IN CUSTODY 00/00/00
RHODES, JAMES L.
08/10/09 PRISONER DATA SHEET TO ISSUE 00/00/00
RHODES, JAMES L.
08/10/09 MOTION STATE - CONTINUANCE -MS 08/31/09 0671
RHODES, JAMES L.
08/31/09 CONTINUANCE BY ORDER OF COURT 09/14/09 0671
PANICI LUCIANO
09/14/09 CONTINUANCE BY ORDER OF COURT 09/18/09 0671
PANICI LUCIANO
09/18/09 CONTINUANCE BY ORDER OF COURT 09/21/09 0671
PANICI LUCIANO
09/21/09 CONTINUANCE BY ORDER OF COURT 09/25/09 0671
PANICI LUCIANO
09/25/09 CONTINUANCE BY ORDER OF COURT 10/28/09 0671
PANICI LUCIANO
10/28/09 DEFENDANT IN CUSTODY 00/00/00
PANICI LUCIANO
10/28/09 PRISONER DATA SHEET TO ISSUE 00/00/00
PANICI LUCIANO
10/28/09 CONTINUANCE BY AGREEMENT 10/30/09 0671
PANICI LUCIANO
10/30/09 DEFENDANT IN CUSTODY 00/00/00
PANICI LUCIANO
10/30/09 PRISONER DATA SHEET TO ISSUE 00/00/00
PANICI LUCIANO
10/30/09 BOND TO STAND 00/00/00
PANICI LUCIANO
10/30/09 CONTINUANCE BY AGREEMENT 11/12/09 0671
PANICI LUCIANO
11/12/09 DEF SURR EXON BAIL B001
PANICI LUCIANO
11/12/09 CASH BOND REFUND TO ATTORNEY B001
$500 TO ATTY GOLDBERG, BALANCE TO ATTY TODD URBAN
PANICI LUCIANO

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 07CR1021001

CHARLES ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

11/12/09 CONTINUANCE BY AGREEMENT 12/04/09 0671
PANICI LUCIANO
11/18/09 REFUND TO COMPLAINTANT B001 00/00/00 $ 36000
11/18/09 CBR PROCSED FRWD ACCT DEP 00/00/00
D8206311/0028/11-18-09/36000
12/04/09 DEFENDANT IN CUSTODY 00/00/00
PANICI LUCIANO
12/04/09 PRISONER DATA SHEET TO ISSUE 00/00/00
PANICI LUCIANO
12/04/09 CONTINUANCE BY AGREEMENT 01/20/10 0671
PANICI LUCIANO
01/20/10 DEFENDANT IN CUSTODY 00/00/00
PANICI LUCIANO
01/20/10 PRISONER DATA SHEET TO ISSUE 00/00/00
PANICI LUCIANO
01/20/10 MOTION DEFT - CONTINUANCE - MD 02/08/10 0671
PANICI LUCIANO
02/08/10 DEFENDANT IN CUSTODY 00/00/00
PANICI LUCIANO
02/08/10 PRISONER DATA SHEET TO ISSUE 00/00/00
PANICI LUCIANO
02/08/10 CONTINUANCE BY AGREEMENT 02/22/10 0671
PANICI LUCIANO
02/08/10 CONTINUANCE BY AGREEMENT 02/22/10 0671
PANICI LUCIANO
02/22/10 DEFENDANT IN CUSTODY 00/00/00
PANICI LUCIANO
02/22/10 PRISONER DATA SHEET TO ISSUE 00/00/00
PANICI LUCIANO
02/22/10 CHANGE PRIORITY STATUS R 00/00/00
PANICI LUCIANO
02/22/10 WITNESSES ORDERED TO APPEAR 02/22/10 0671
PANICI LUCIANO
02/22/10 CONTINUANCE BY AGREEMENT 03/15/10 0671
PANICI LUCIANO
03/15/10 DEFENDANT IN CUSTODY 00/00/00
PANICI LUCIANO

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 07CR1021001

CHARLES ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

03/15/10 PRISONER DATA SHEET TO ISSUE 00/00/00
PANICI LUCIANO
03/15/10 CHANGE PRIORITY STATUS R 00/00/00
PANICI LUCIANO
03/15/10 WITNESSES ORDERED TO APPEAR 03/15/10 0671
PANICI LUCIANO
03/15/10 CONTINUANCE BY AGREEMENT 04/26/10 0671
PANICI LUCIANO
04/26/10 DEFENDANT IN CUSTODY 00/00/00
PANICI LUCIANO
04/26/10 PLEA OF GUILTY C003 00/00/00
PANICI LUCIANO
04/26/10 JURY WAIVED 00/00/00
PANICI LUCIANO
04/26/10 FINDING OF GUILTY C003 00/00/00
PANICI LUCIANO
04/26/10 JGMT ON FINDING/VERDICT/PLEA 00/00/00 F
PANICI LUCIANO
04/26/10 CHANGE PRIORITY STATUS M 00/00/00
PANICI LUCIANO
04/26/10 NOLLE PROSEQUI C001 00/00/00
PANICI LUCIANO
04/26/10 NOLLE PROSEQUI C002 00/00/00
PANICI LUCIANO
04/26/10 NOLLE PROSEQUI C004 00/00/00
PANICI LUCIANO
04/26/10 NOLLE PROSEQUI C005 00/00/00
PANICI LUCIANO
04/26/10 DEF DEMAND FOR TRIAL 00/00/00
PANICI LUCIANO
04/26/10 CREDIT DEFENDANT FOR TIME SERV 00/00/00
619 DYS
PANICI LUCIANO
04/26/10 DEF SENTENCED ILLINOIS DOC C003 00/00/00
2 YEARS MSR
66 MTH
PANICI LUCIANO

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER 07CR1021001

CHARLES ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

04/26/10 DEF DEMAND FOR TRIAL 00/00/00
PANICI LUCIANO

04/26/10 LET MITTIMUS ISSUE/MITT TO ISS 00/00/00
PANICI LUCIANO

02/16/12 WARR RETURNED, EXECUTED,FILED 00/00/00
NUNC PRO TUNC 3-13-08
DEMACOPOULOS, ANNA HELEN

02/16/12 RECALL/EXEC SENT TO POLICE AGY 00/00/00

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 06/12/12

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 07600435001

CHARLES B ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

Charging the above named defendant with:

720-5/10-2-A-3 F AGGRAVATED KIDNAPPING

The following disposition(s) was/were rendered before the Honorable Judge(s):

04/16/07 WARRANT SENT TO POLICE AGENCY
04/14/07 WARR ORD, WARR ISSUED
CONDON, THOMAS J
04/14/07 BAIL AMOUNT SET $1000000
CONDON, THOMAS J
04/17/07 DEFENDANT IN CUSTODY
CONDON, THOMAS J
04/17/07 WARR RETURNED, EXECUTED,FILED
CONDON, THOMAS J
04/17/07 BOND TO STAND
CONDON, THOMAS J
04/17/07 MOTION STATE - CONTINUANCE -MS 04/18/07 0670
CONDON, THOMAS J
04/17/07 RECALL/EXEC SENT TO POLICE AGY
04/18/07 DEFENDANT IN CUSTODY
CONDON, THOMAS J
04/18/07 PROBABLE CAUSE TO DETAIN
CONDON, THOMAS J
04/18/07 BAIL AMOUNT SET $ 500000
COMP BOND
CONDON, THOMAS J
04/18/07 MOTION DEFT - CONTINUANCE - MD 04/23/07 0670
CONDON, THOMAS J
04/18/07 MOTION TO DISMISS CHARGES D 2
CONDON, THOMAS J
04/23/07 DEFENDANT IN CUSTODY
CONDON, THOMAS J
04/23/07 MOTION STATE - CONTINUANCE -MS 05/02/07 0670
CONDON, THOMAS J

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS 

PEOPLE OF THE STATE OF ILLINOIS

VS NUMBER 07600435001

CHARLES B ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

05/02/07 CONTINUANCE BY ORDER OF COURT 05/04/07 0670
CLIFFORD ROBERT JEFFERY
05/04/07 DEFENDANT IN CUSTODY
CONDON, THOMAS J
05/04/07 BOND JUDGMENT VACATED
CONDON, THOMAS J
05/04/07 BAIL AMOUNT SET $ 400000
COMP BOND
CONDON, THOMAS J
05/04/07 MOTION STATE - CONTINUANCE -MS 05/09/07 0670
CONDON, THOMAS J
05/09/07 TRANSFERRED 05/29/07 0600
CONDON, THOMAS J
05/29/07 SUPERSEDED BY DIRECT INDTMENT CALL 07C
10 YRS 21 MTH 1 DYS
PANICHI, THOMAS P.

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 06/12/12

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

**Chicago Police Department** **Arrest Summary Page**

CB No.: [ 017188917 ] Arrest Date: **13-Mar-2008 10:30** IR No.: **918314**

## Offender Demographics

Name ESTELL, Charles B
Alias
NickName
SSN 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
Driver License No.
State
Birth Date 17-JUL-1974
Age 33
Birth Place Illinois
Sex Male
Race Black
Height 602
Weight 195
Hair Color Black
Hair Style Short
Eye Color Brown
Complexion Medium Brown
Scars/Marks

## Arrest Charges

| No. | Statute | Description | Offense | Charge Class / Type | Inchoate code | Warrant No. | Type | County | Docket No. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 720 ILCS 5.0/10-2-A-3 | Agg Kidnaping-Inflict Harm | 0011389 | X / F | O | | | | |

## Court Charges and Dispositions

No Records Found.

## Mugshot

User:**ILFBICGAAW**

**Certification** (Rev. 5/31/11) CCCR 0056

STATE OF ILLINOIS } ss:
COUNTY OF COOK }

Name: Charles Estell

Case Number: 07cr1021001

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, in said County and State, and Keeper of the Records and Seal thereof, do hereby certify the above and foregoing to be a true, perfect and complete copy of a certain Complaint, Indictment, Commitment

in a certain cause filed in said Court, between The People of the State of Illinois, were ______, Plaintiff and Charles Estell, Defendant.

Witness: DOROTHY BROWN,
Clerk of the Circuit Court, and the Seal thereof, at Chicago
In said County of Cook, June 29, 2012

[signature]
Clerk

CIRCUIT COURT OF COOK COUNTY, ILLINOIS

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Calumet City Police

06 (Court Branch) | (Court Date)

16501 KEDZIE AVE
MARKHAM IL
0900 HRS RM

FELONY COMPLAINT Class X

CCCR-N662-100M-11/14/97 (83420157)
(This form replaces CCG-0662 " & " CCMC-216)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois
Plaintiff
-v-

Charles B Estell
Defendant

COMPLAINT FOR PRELIMINARY EXAMINATION

NO. 07 MC6004350

CALUMET CITY Case #05-17624

Det. David Iwaszko #181 (Complainants Name Printed or Typed) complainant, now appears before The Circuit Court of Cook County and states that

Charles B Estell (defendant) 11940 S. Union Ave. Chicago, IL 60628 (address) has, on or about

5/17/2005 (date) at 823 Williams Ave., Calumet City, IL. 60409 (place of offense)

committed the offense of Aggravated Kidnapping in that he

in committing the offense of Kidnapping, in violation of Section 10-1(a)(1) of Act 5 of Chapter 720 of the Illinois Compiled Statutes, knowingly and secretly confined Cathie Threat against her will after committing a Vehicular Hijacking against Cathie Threat.

in violation of 720 (Chapter) ILCS 5 (Act) / 10-2(a)(3) (Section)

CHARGE CODE

Det [signature] 181
(Complainants Signature)

1200 Pulaski Rd. Calumet City, IL 60409 708-868-2500
(Complainants Address) (Telephone No.)

STATE OF ILLINOIS
COOK COUNTY } ss:

Det. David Iwaszko #181
(Complainants Name Printed or Typed)

Being first duly sworn, the Complainant on oath, deposes and says that he read the foregoing complaint by him subscribed and that the same is true.

Det [signature] 181
(Complainants Signature)

Subscribed and sworn before me on this ______ day of ______

(Judge, Deputy Clerk or Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

SUMMONS ISSUED Judge ______ Judge's No.
or
WARRANT ISSUED Bail set at: ______
or
BAIL SET AT: Must be Set by Judge Judge ______ Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

ORIGINAL COPY

G.J. No. 2861
GENERAL NO. 07 CR- 10210

COPY

CIRCUIT COURT OF COOK COUNTY
COUNTY DEPARTMENT
CRIMINAL DIVISION
April, 2007

The People of the State of Illinois
v.
Charles Estell

* INDICTMENT FOR *

AGG.KIDNAPPING

A TRUE BILL

Ruth Bradley
Foreman of the Grand Jury

WITNESSES
DET.IWASZKO

Filed ______________, 20 ___
______________, Clerk
Bail $ ______________

FILED
2007 MAY 17 AM 9:19
26TH AND CALIFORNIA
CLERK
DOROTHY BROWN



*************************************************************

STATE OF ILLINOIS)<br>
)SS.<br>
COUNTY OF COOK )

The APRIL, 2007 Grand Jury<br>
Circuit Court of Cook County

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about MAY 17, 2005 and within the County of Cook

CHARLES ESTELL

committed the offense of AGGRAVATED KIDNAPPING

in that HE KNOWINGLY AND SECRETLY CONFINED VICTIM, CATHIE THREAT AGAINST HER WILL, AND DEFENDANT INFLICTED GREAT BODILY HARM, OTHER THAN BY THE DISCHARGE OF A FIREARM, OR COMMITTED ANOTHER FELONY, UPON VICTIM CATHIE THREATS, TO WIT: VEHICULAR HIJACKING IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 10-2(a)(3) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 11389<br>
(COUNT 01)

**********************************************************************

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about MAY 17, 2005 and within the County of Cook

CHARLES ESTELL

committed the offense of AGGRAVATED KIDNAPPING

M/S Nolle

in that HE KNOWINGLY BY FORCE OR THREAT OF IMMINENT FORCE CARRIED VICTIM, CATHIE THREAT FROM ONE PLACE TO ANOTHER WITH INTENT SECRETLY TO CONFINE HER AGAINST HER WILL, AND DEFENDANT INFLICTED GREAT BODILY HARM, OTHER THAN BY THE DISCHARGE OF A FIREARM, OR COMMITTED ANOTHER FELONY, UPON VICTIM CATHIE THREATS, TO WIT: VEHICULAR HIJACKING IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 10-2(a)(3) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 11389
(COUNT 02)



*****************************************************************

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about MAY 17, 2005 and within the County of Cook

CHARLES ESTELL

committed the offense of VEHICULAR HIJACKING

in that HE, KNOWINGLY TOOK A MOTOR VEHICLE,

TO WIT: A 2005 SATURN FROM THE PERSON OR THE IMMEDIATE PRESENCE OF

CATHIE THREAT BY THE USE OF FORCE OR BY THREATENING THE IMMINENT

USE OF FORCE

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 18-3(a)

OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND Pg

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 10063
(COUNT 03)

*******************************************************************

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about MAY 17, 2005 and within the County of Cook

CHARLES ESTELL

committed the offense of KIDNAPPING

in that HE, KNOWINGLY AND SECRETLY CONFINED CATHIE THREAT AGAINST HER WILL,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 10-1(a)(1) OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

n/s nolle

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 765000
(COUNT 04)

*******************************************************************

The Grand Jurors chosen, selected and sworn, in and for the County of Cook, in the State of Illinois, in the name and by the authority of the People of the State of Illinois, upon their oaths present that on or about MAY 17,2005 and within the County of Cook

CHARLES ESTELL

committed the offense of KIDNAPPING

in that HE, KNOWINGLY BY FORCE OR THREAT OF IMMINENT FORCE CARRIED CATHIE THREAT FROM ONE PLACE TO ANOTHER WITH INTENT SECRETLY TO CONFINE CATHIE THREAT AGAINST HER WILL,

IN VIOLATION OF CHAPTER 720 ACT 5 SECTION 10-1(a)(2)

OF THE ILLINOIS COMPILED STATUTES 1992 AS AMENDED AND

M/S a/ dole

Contrary to the Statute and against the peace and dignity of the same People of the State of Illinois.

CHARGE ID CODE: 765200
(Count 05)

IN THE CIRCUIT COURT OF COOK COUNTY

PEOPLE OF THE STATE OF ILLINOIS )
V. )
CHARLES ESTELL )
Defendant

CASE NUMBER 07CR1021001
DATE OF BIRTH 07/17/74
DATE OF ARREST 03/13/08
IR NUMBER 0918314 SID NUMBER 030938470

ORDER OF COMMITMENT AND SENTENCE TO
ILLINOIS DEPARTMENT OF CORRECTIONS

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | Class |
|---|---|---|---|---|
| 003 | 720-5/18-3(a) | VEHICULAR HIJACKING | YRS. ___ MOS. 66 | 1 |

and said sentence shall run concurrent with count(s) ___ ___ ___ ___

| Count | Statutory Citation | Offense | Sentence | Class |
|---|---|---|---|---|
| ___ | ___ | ___ | YRS. ___ MOS. ___ | ___ |

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

| Count | Statutory Citation | Offense | Sentence | Class |
|---|---|---|---|---|
| ___ | ___ | ___ | YRS. ___ MOS. ___ | ___ |

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

| Count | Statutory Citation | Offense | Sentence | Class |
|---|---|---|---|---|
| ___ | ___ | ___ | YRS. ___ MOS. ___ | ___ |

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

| Count | Statutory Citation | Offense | Sentence | Class |
|---|---|---|---|---|
| ___ | ___ | ___ | YRS. ___ MOS. ___ | ___ |

and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on:

On Count ___ defendant having been convicted of a class _ offense is sentenced as a class x offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 0619 days as of the date of this order

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) ___
AND: consecutive to the sentence imposed under case number(s)
___ ___ ___ ___ ___

IT IS FURTHER ORDERED THAT COUNTS 1,2,4,5 MS NOLLE PROS. 2 YEARS MSR.

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled.

ENTERED
Sixth Municipal District
Circuit Court of Cook County
APR 26 2010

DATED APRIL 26, 2010 ENTER: 04/26/10

CERTIFIED BY S SKOWRONSKI
DEPUTY CLERK

JUDGE: PANICI LUCIANO 1830

Associate Judge Luciano Panici - 1830

JNP2 04/26/10 12:12:57

CCG N305

PROB 48EZ
(Rev. 9/00)

| Last Name | First Name | Middle Name | Social Security Number |
|---|---|---|---|
| Estell | Charles | B. | 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 |

## Instructions for Completing Net Worth Short Form Statement

Having been convicted in the United States District Court, you are required to prepare and file with the probation officer an affidavit fully describing your financial resources, including a complete listing of all assets you own or control as of this date and any assets you have transferred or sold since your arrest. Amendments were made to 18 U.S.C. §§ 3663(a)(1)(B)(i), 3664(d)(3), and 3664(f)(2), and Rule 32(b)(4)(F) to clarify that the assets owned, jointly owned, or controlled by a defendant, and liabilities are all relevant to the court's decision regarding the ability to pay. Your Net Worth Statement should include assets or debts that are yours alone (I-Individual), assets or debts that are jointly (J-Joint) held by you and a spouse or significant other, assets or debts that are held by a spouse or significant other (S-Spouse or Significant Other) that you enjoy the benefits of or make occasional contributions toward, and assets or debts that are held by a dependent (D-Dependent) that you enjoy the benefits of or make occasional contributions toward. The court may require relating to such other factors as the court deems appropriate (see 18 U.S.C. § 3664(d)(3)).

If you are placed on probation or supervised release (or other types of supervision), you may be periodically required to provide updated information fully describing your financial resources and those of your dependents, as described above, to keep a probation officer informed concerning compliance with any condition of supervision, including the payment of any criminal monetary penalties imposed by the court (see 18 U.S.C. § 3603).

Please complete the Net Worth Short Form Statement in its entirety. You must answer "None" to any item that is not applicable to your financial condition. Attach additional pages if you need more space for any item. All entries must be accompanied by supporting documentation (see Request for Net Worth Statement Financial Records (Prob. 48A)). Sign and date Page 2 (including any attached pages). Also, sign, date, and attach the Declaration of Defendant or Offender Net Worth & Cash Flow Statements (Prob. 48D).



PROB 48EZ
(Rev. 9/00)

# NET WORTH SHORT FORM STATEMENT

**NOTE: I = Individual J = Joint S = Spouse/Significant Other D = Dependent**

## ASSETS

Include below all cash on hand, bank accounts, securities, money owed to you by others, life insurance, safe deposit boxes or storage facilities, motor vehicles, real estate, mortgage loans owed to you, other assets, anticipated assets, and business holdings.

| I/J S/D | Type of Asset (e.g., cash, bank account) | Location of Asset (e.g., bank, including account number) | Fair Market or Actual Value |
|---|---|---|---|
| S | 2005 Jaguar S-Type | | |
| S | 2007 Dodge Ram | | |
| | | | |

Include below all assets transferred or sold since your arrest with a cost or fair market value of more than $500.00, or assets that someone else is holding on your behalf.

| I/J S/D | Type of Asset | Date Sold or Transferred | Fair Market or Actual Value |
|---|---|---|---|
| | None | | |
| | | | |
| | | | |

Identify below any assets you will liquidate to satisfy any criminal monetary penalty that may be imposed, and/or describe the prospect of increase in assets.

| I/J S/D | Type of Asset | Fair Market or Actual Value |
|---|---|---|
| | None | |
| | | |
| | | |

## LIABILITIES

Include below all charge accounts and lines of credit, mortgage balances, other debts, civil suits, and bankruptcy filings.

| I/J S/D | Type of Debt (e.g., credit card) | Debt Owed to (e.g., name, account number) | Balance Outstanding |
|---|---|---|---|
| | credit report - declined | | |
| | | | |
| | | | |

Signature [signature]

Date 10/7/13

PROB 48D
(Rev. 9/00)

# DECLARATION OF DEFENDANT OR OFFENDER
# NET WORTH & CASH FLOW STATEMENTS

I, Charles B. Estell

residing at

11940 S Union Ave
Chicago, IL 60628

have completed the attached ☐ Net Worth Statement (Prob. Form 48) or ☒ Net Worth Short Form Statement (Prob. Form 48EZ) and/or ☒ Cash Flow Statement (Prob. Form 48B) that fully describe my financial resources, including a complete listing of all assets owned or controlled by me as of this date and any transfers or sales of assets since my arrest. The Cash Flow Statement (Prob. Form 48B) also includes my financial needs and earning ability and the financial needs and earning ability of my spouse (or significant other) and my dependent(s) living at home.

Net Worth Statement (Total pages, including additional pages ____ )

Net Worth Short Form Statement (Total pages, including additional pages ____ )

Cash Flow Statement (Total pages, including additional pages ____ )

☒ I declare under penalty of perjury that the foregoing is true and correct; or

☒ False statements may result in revocation of supervision, in addition to possible prosecution under the provisions of 18 U.S.C. § 1001, which carries a term of imprisonment of up to 5 years and a fine of up to $250,000, or both.

C. Estell
(Defendant Signature)

Executed on

7th day of October, 2013