**CASE NO.** _____

**ATTACHMENT NO.** _____

**EXHIBIT** _____

**TAB (Description)** _____



# 10-DAY DEMAND

01/04/05
     5509-1921

       CHARLES B ESTELL
       525 W 119TH ST                 Taxpayer ID# : 5509-1921
       CHICAGO, IL 60628-5937        Alternate ID#: 352228652000

Dear Taxpayer:

The Department's records indicate that your account has delinquencies and/or deficiencies. Following is a summary of your assessed unpaid taxes and non-filed returns.

          Total due         : $     319.71

          Total non-filed returns:     4

Attached is a detail of your tax liability.

The Department demands the filing and payment of the above-mentioned liabilities and/or returns by 01/14/05. Payment must be made payable to the Illinois Department of Revenue. A pre-addressed envelope is enclosed for your convenience.

This is your Final Notice and Demand for payment. If you believe you do not owe this balance, send proof of prior payment or supporting documentation. If you have any questions regarding this letter, please contact the undersigned immediately by phone or mail.

Sincerely,

GEORGE POLIVKA
SPECIAL PROGRAMS
PO BOX 64300
CHICAGO, IL 60664-0300

312-814-2396
Fax: 312-814-4045

ENCLOSURE

LT01-RCBB017-01/04/05-142515



Defense
**EXHIBIT**
sentencing
#9

X

 **IRS** DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI OH 45999-0023

Date of this notice: 04-14-2004

Employer Identification Number:
35-2228652

Form: SS-4

Number of this notice: CP 575 A

CHARLES B  ESTELL
MOMMA GS PLACE
11940 S UNION
CHICAGO IL  60628

For assistance you may call us at:
1-800-829-4933

IF YOU WRITE, ATTACH THE
STUB OF THIS NOTICE.



000104

## WE ASSIGNED YOU AN EMPLOYER IDENTIFICATION NUMBER

Thank you for applying for an Employer Identification Number (EIN). We assigned you EIN 35-2228652. This EIN will identify your business account, tax returns, and documents even if you have no employees. Please keep this notice in your permanent records.

When filing tax documents, please use the label IRS provided. If that isn't possible, you should use your EIN and complete name and address shown above on all federal tax forms, payments and related correspondence. If this information isn't correct, please correct it using the tear off stub from this notice. Return it to us so we can correct your account. If you use any variation of your name or EIN, it may cause a delay in processing and may result in incorrect information in your account. It also could cause you to be assigned more than one EIN.

Based on the information from you or your representative, you must file the following form(s) by the date shown next to it.

              Form 941                          07/31/2004
              Form 940                          01/31/2005

If you have questions about the form(s) or the due date(s) shown, you can call us at 1-800-829-4933 or write to us at the address at the top of the first page of this letter. If you need help in determining what your tax year is, you can get Publication 538, Accounting Periods and Methods, at your local IRS office.

We assigned you a tax classification based on information obtained from you or your representative. It is not a legal determination of your tax classification, and is not binding on the IRS. If you want a determination of your tax classification, you may seek a private letter ruling from the IRS under the procedures set forth in Revenue Procedure 98-01, 1998-1 I.R.B.7 (or the superceding revenue procedure for the year at issue).

(IRS USE ONLY)     575A                04-14-2004  ESTE  B  0232748769  SS-4

    If you're required to deposit employment taxes (Form 941, 943, 940, 945, CT-1,
or 1042), excise taxes (Form 720), or income taxes (Form 1120), you will receive a
Welcome Package shortly which includes instructions for making your deposits
electronically through the Electronic Federal Tax Payment System (EFTPS).  Under
separate cover we will also send you a Personal Identification Number.  For more
information about EFTPS, call 1-800-829-3676 and request Publication 966, Now a Full
Range of Electronic Choices to Pay All Your Federal Taxes.  If you need to make a
deposit before you receive your Welcome Package, you can use the enclosed FTD Coupon,
Form 8109-B.

    IMPORTANT REMINDERS:

        *  Keep a copy of this notice in your permanent records.

        *  Use this EIN and your name exactly as they appear above on all your
           federal tax forms.

        *  Refer to this EIN on your tax related correspondence and documents.

    Thank you for your cooperation.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

vs

**CHARLES B ESTELL**

ARREST WARRANT

CASE NO. 07600434901 W001

WARRANT TYPE { ARR }

The people of the State of Illinois to all peace officers in the State - Greetings. APR 1 7 2007

CLERK - WARRANT EXECUTED

for the offense of

We command you to arrest (Defendant) **CHARLES B ESTELL**

(Description) **VEHICULAR HIJACKING**

(Chapter) 420 (Section) 2/18

stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook

County at (Location) MARKHAM COURTHOUSE (Room) 99

16501 S KEDZIE AVE

MARKHAM, IL 60426

at 9:00 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant

is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

Issued in Cook County 04/14/2007

Bail fixed at $1,000,000.00*

D BOND

## GEOGRAPHIC LIMITATIONS

Unless otherwise indicated below the geographic limitations

are those as specified in 725 ILCS 5/107-9(e).

NONE

(Geographic Limitations)

_Jan Pele_ ASA

Prosecutor

Judge _____

THOMAS J. CONDON

Witness: Dorothy Brown, Clerk of the Court and seal thereof, 04/14/2007

Clerk of the Circuit Court _D Brown_

Judge _Conn Col_ Code 0211

THOMAS J. CONDON

DEPUTY

CLERK OF THE CIRCUIT COURT

OF COOK COUNTY, IL

APR 1 4 2007

ENTERED

By Deputy Clerk _____

Code 0211

============================================================

| Name | CHARLES B ESTELL | | | | | | |
|------|------|------|------|------|------|------|------|
| Alias | | City CHICAGO | | | | State z 60628 | |
| Residence 11940 S UNION | | | | | | | |

| Sex | Race | Height | Weight | D.O.B. | Age | Complxn | Build | Drivers License |
|------|------|------|------|------|------|------|------|------|
| | | | | | | | | E23414274203 |
| M | BLACK | 6' 2" | 185 lbs | 07/17/1974 | 32 | | | |

IR 000000000 |CB/DCN | |FBI | |SID 0000000000 |SSN 000000000 | BOND N 00000000

Complainant's Name _____ City _____ State _____ Zip _____

Address _____ Star No 00000

Arresting Officer _____

Agency/Unit CALUMET CITY-PD

Reviewed By: _____ Prosecutor _____ Audited By: _____ Clerk _____

Prepared by: LINKO, PATRICIA

Printed: 04/14/2007 10:02:39 System: JNP7.CC00.M028.PAL

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Defense
**EXHIBIT**
#10
CARDELL 800-71

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

vs

CHARLES B ESTELL

CASE NO. 07600435001  W001

WARRANT TYPE { ARR }

ARREST WARRANT

The people of the State of Illinois to all peace officers in the State - Greetings:

We command you to arrest (Defendant) CHARLES B ESTELL                    for the offense of

(Description) AGGRAVATED KIDNAPPING

(Chapter) 720      (Section) 5/10-2-A-3

stated in a charge now pending before this court and that you bring him/her instanter before the Circuit Court of Cook

County at (Location) MARKHAM COURTHOUSE                              (Room) 99

16501 S KEDZIE AVE

MARKHAM, IL 60426

at  9:00 A.M. or if I am absent or unable to act, the nearest or most accessible court in Cook County or, if this warrant

is executed in a county other than Cook, before the nearest or most accessible judge in the county where the arrest is made.

## GEOGRAPHIC LIMITATIONS

Issued in Cook County 04/14/2007

Bail fixed at $1,000,000.00*

D BOND

Unless otherwise indicated below the geographic limitations
are those as specified in 725 ILCS 5/107-9(e).

NONE

(Geographic Limitations)

Judge _____  Code 0211

THOMAS J. CONDON

Prosecutor

Judge _____  Code 0211

THOMAS J. CONDON

Witness: Dorothy Brown, Clerk of the Court and seal thereof, 04/14/2007

Clerk of the Circuit Court _____     By Deputy Clerk _____

====================================================================

Name    CHARLES B ESTELL

Alias

Residence 11940 A UNION          City CHICAGO          State  IL    Zip 60628

| Sex | Race | Height | Weight | D.O.B. | Age | Complxn | Build | Drivers License |
|-----|------|--------|--------|--------|-----|---------|-------|-----------------|
| M | BLACK | 6' 2" | 185 lbs | 07/17/1974 | 32 | | | E23414274203 |

IR 000000000 |CB/DCN      |FBI      |SID 00000000000  |SSN 000000000  |BOND NO 000000000

Complainant's Name

Address                          City                    State      Zip

Arresting Officer                              Star No 00000

Agency/Unit  CALUMET CITY-PD

Reviewed By: _____     Audited By:  _____

Prosecutor                                        Clerk

Prepared by: LINKO, PATRICIA        Printed:   04/14/2007 10:03:02   System:   JNP7.CC00.M028.PAL

CLERK OF THE CIRCUIT COURT OF COOK COUNTY

Calumet City Police

16501 KEDZIE AVE
MARKHAM IL
0900 HRS  RM

| 06 | |
| --- | --- |
| (Court Branch) | (Court Date) |

**FELONY  COMPLAINT**    Class 1

CCCR-N662-100M-11/14/97 (83420157)
(This form replaces CCG-0662 " & " CCMC-216)

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of State of Illinois
Plaintiff
-v-

**COMPLAINT FOR PRELIMINARY EXAMINATION**

NO.  07MC_____549

Charles B Estell
Defendant

CALUMET CITY Case #05-17624

Det. David Iwaszko #181

(Complainants Name Printed or Typed)

complainant, now appears before

The Circuit Court of Cook County and states that

**Charles B Estell**     11940 S. Union Ave. Chicago, IL  60628     has, on or about

(defendant)                         (address)

**5/17/2005**    at  823 Williams Ave., Calumet City, IL. 60409

(date)                    (place of offense)

committed the offense of                    **Vehicular Hijacking**                    in that he

Defendant knowingly took a motor vehicle, a 2005 Saturn Vue with a vehicle identification number of 5GZCZ23D85S842267, from the person of Cathie Threat by forcibly grabbing Threat as she walked around her vehicle, and subsequently placed Threat into another vehicle. Defendant then drove away in Threat's vehicle.

| in violation of | 720 | ILCS | 5 | / | 18-3 |
| --- | --- | --- | --- | --- | --- |
| | (Chapter) | | (Act) | | (Section) |

CHARGE CODE

Det. ___ 181

(Complainants Signature)

1200 Pulaski Rd, Calumet City, IL  60409 708-868-2500

(Complainants Address)        (Telephone No.)

STATE OF ILLINOIS  } ss:
COOK COUNTY      }

Det. David Iwaszko #181

(Complainants Name Printed or Typed)

Being first duly sworn, the Complainant on oath, deposes and says that he read the foregoing complaint by him subscribed and that the same is true.

Det. ___ 181

(Complainants Signature)

Subscribed and sworn before me on this _____ day of  4-14-0___

(Judge, Deputy Clerk of Clerk)

I have examined the above complaint and the person presenting the same and have heard evidence thereon, and am satisfied that there is probable cause for filing same. Leave is given to file said complaint.

**SUMMONS ISSUED**    Judge _____

or

**WARRANT ISSUED**    Bail set at: _____

or

**BAIL SET AT:**    Must be Set by Judge  Judge _____

Judge's No.

Judge's No.

Judge's No.

**DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**

**ORIGINAL COPY**

Defense
EXHIBIT
Sentencing
#11
CARDELS  800-788-5299

## APPEARANCE

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

The People of the State of Illinois
Plaintiff

v.

*Charles Estelle*

Defendant(s)

No. 07CR09061 04

Charge

The undersigned, as attorney, enters the appearance of *Estelle*

Defendant(s) in the above entitled cause.

Attorney

#50849
**GOLDBERG CRIMINAL DEFENSE**
Stuart V. Goldberg
Attorney for *ESTELLE*
980 North Michigan Avenue, Suite 1400
Chicago, Illinois 60610
(773) 327-9400

FILED
D5-109
MAY 22 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL


Defense
EXHIBIT
sentencing
#12

#59

## PRISONER DATA SHEET
### IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

NAME _Charles Estell_ ADDRESS _1940 S Union_

CITY/TOWN _Chg_ ZIP CODE _____

CASE NO. _076004850_

IR, CB, SID _918314_ MAJOR CHARGE _720 S /10-2A3_ NO. COUNTS _1_

BAIL PREVIOUSLY SET _One Million_ $ _1,000,000_

CRIMINAL-MUNICIPAL-OTHER ROOM _099_ TIME _9-_

BRANCH _Dist 6_ ADDRESS _1650 S Kedzie_ CITY/TOWN _Chatham_

BAIL SET _____ $ _____

NEW COURT DATE _____

| | JUDGE | JUDGE'S NO. |
|---|---|---|

BAIL REDUCED/INCREASED _____ $ _____

NEW COURT DATE _____

| | JUDGE | JUDGE'S NO. |
|---|---|---|

NEW COURT DATE _4/17/07_

| | JUDGE | JUDGE'S NO. |
|---|---|---|

DISPOSITION (REMAIN IN CUSTODY)

DATE _____

| | JUDGE | JUDGE'S NO. |
|---|---|---|

DISPOSITION (RELEASE FROM CUSTODY)

DATE _____

| | JUDGE | JUDGE'S NO. |
|---|---|---|

DATE _4-14-07_

ENTERED
JUDGE Br. 1 (CBC) 2850 S. California
APR 14 2007
CLERK OF THE CIRCUIT COURT
DOROTHY BROWN
DEPUTY CLERK OF COOK COUNTY, IL

DEPUTY CLERK

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

This form replaces CCG-N302/302D

CCCR N705-300M-1/21/04 (53350065)

PEOPLE OF THE STATE OF ILLINOIS VS.    C N   CHARLES    ESTELL

| E | | PAPERS FILED |
|---|---|---|
| AY 1 7 2007 | | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | | PRES. JUDGE ASSIGNMENT DATE:   MAY 29 2007 |
| 5-7-01 | D8206311 | BAIL PREVIOUSLY SET $ 400,000 / 40,000 |
| | | |
| | | |
| | | |

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| 5-29-07 | Panecke | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE _Panichi_ R105 |
| MAY 29 2007 | Bschof (?) | TRANSFER TO SUBURBAN DISTRICT # 6 |
| | | O/C   MAY 29 2007 |
| 5-29-07 | Panichi | 2nd SOD FRW/ANG NATIA SFMD BA 6-18-07 |
| 6-18-07 | Clifford | LTFAGr. Disc. Tend / Ack. BA 7-16-07 x |
| 7-16-07 | Clifford | BA 8-17-07 ANIC! Sin hospital ) Paralyzed |
| 8-17-07 | Simmons | N/c - in Wheelchair BA 10-9-07 Kidnap Victim |
| Assoc. Judge Robert J. Clifford - 1902   OCT 9 - 2007 | | SFA TFADT PTM BA 11-19-07 |
| 11-19-07 | Clifford | SFATD   State is electing on |
| | | # 01CR 09061 (5th Dist) BA 12-12-07 |
| | | DTFATD / PTM. |
| Assoc. Judge Robert J. Clifford - 1902   DEC 12 2007 | | BF E+C   12-27-07   ANIC |
| Assoc. Judge Robert J. Clifford - 1902   DEC 27 2007 | | Elected Case in 5th Dist. |
| | | BA 1-11-08 |
| Assoc. Judge Robert J. Clifford - 1902   JAN 11 2008 | | BF E+C   MD 3-12-08 X |
| Assoc. Judge Robert J. Clifford - 1902   MAR 12 2008 | | BW   W Bail |
| | | J 4-14-08 |
| CLERK   WARRANT EXECUTED MAR 13 2008 | | WEX - Original Bond to |
| | Clifford | Be Reinstated |

(Rev. 4/2/01) CCCR 0605 A       MD - 4-14-08      (OVER

Defense EXHIBIT sentencing #13   CARDELS 800-789-0399

| DATE | JUDGE | ORDERS ENTERED |
|---|---|---|
| 4.14.08 | Clifford | State Changes Election STATE Elects THIS Case BA 6-2-08 WFT / J |
| JUN 02 2008 Assoc. Judge Robert J. Clifford | | BA - 7-21-08 WFT / Jury DIS ATD - (ALIBI) D_g TenDER Disc TO SAO (Photo's + PR) |
| JUL 21 2008 Assoc. Judge Robert J. Clifford - 193 | | BA 9.3-08 WFT / Jury |
| 9.3.08 | Clifford | LTW (Goldberg) Limited LT FAC (Urban) Mr Goldberg Tends A_g Disc To Mr. Urban / AR BA 12-9-08 |
| OCT 09 2008 sec. Judge Robert J. Clifford - 19 | | |
| 12.4.08 | Clifford | DNIC (Dic. Calif) W_T_I No Bail |
| 8.3.09 | Clerk | Mto for speedy trial filed |
| 8-10-09 | Rhodes | M S 8-31-09 d_f files motion for speed trial |
| 8.31.09 | Panici | O/C 9.14.09 |
| 9.14.09 | Panici | LHC 9.18.09 |
| 9.18.09 | Panici | O/C 9-21-09 |
| 9.21.09 | Panici | O/C 9-25-09 |
| 9.25.09 | Panici | O/C 10.28.09 |
| 10.28.09 | Panici | BA 10.30.09 |
| 10.30.09 | Panici | BTS BA 11-12-09 |
| 11.12.09 | Panici | BA 12.4.09 f_ _ _ _ Bond _ _ _ _ 5,000 af B_ _ d_ atty Goldberg Balance to atty Tod _ _ _ _ _ _ _ _ _ |

THE PEOPLE OF THE STATE OF ILLINOIS VS.

Charles Estell

CASE NO. 07CR1021001

| DATE | PAPERS FILED |
|------|--------------|
| | INDICTMENT/INFORMATION FILED IN THE CLERK'S OFFICE |
| | PRES. JUDGE ASSIGNMENT DATE: _____ |
| | BAIL PREVIOUSLY SET $ |
| | |
| | |
| | |
| | |

| DATE | JUDGE | ORDERS ENTERED |
|------|-------|----------------|
| | | NO ARRAIGNMENT |
| | | ASSIGNED TO JUDGE _____ |
| 12-4-01 | Panici | BA 1-20-10 for jury trial W/Super |
| 1-20-10 | Panici | BD 2-8-10 for jury trial |
| 2-8-10 | Panici | Nolly NJC (ill) BA 2-22-10 for Trial |
| 2-22-10 | Panici | BA 3-15-10 WFJ |
| 3-15-10 | Panici | BA 4-26-10 WFJ |
| 4-26-10 | Panici | CO1,2,4,5 MS Nolle NJT CO3 PGJWFG JoF |
| | | 16mo (5½ years) IDOC + 2 yrs MSR. |
| | | Credit 619 Days NGAR MJI |
| Judge Anna Helen Demacopoulos-2002 FEB 2012 | | WX nunc pro tunc 3-13-08 |

(Rev. 4/2/01) CCCR 0605 A

(OVER)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 005

PEOPLE OF THE STATE OF ILLINOIS

                    VS                 NUMBER 07CR0906101

CHARLES      ESTELL

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/25/10 PRISONER DATA SHEET TO ISSUE          00/00/00
    DAVY, THOMAS M.
03/25/10 CONTINUANCE BY AGREEMENT              05/03/10
    DAVY, THOMAS M.
05/03/10 DEFENDANT IN CUSTODY                  00/00/00
    DAVY, THOMAS M.
05/03/10 PRISONER DATA SHEET TO ISSUE          00/00/00
    DAVY, THOMAS M.
05/03/10 MOTION DEFT - CONTINUANCE - MD        05/18/10
    DAVY, THOMAS M.
05/03/10 CBR PROCSED FRWD ACCT DEP             00/00/00
05/03/10 CASH BOND REFUND TO ATTORNEY     B001 00/00/00  67425
05/18/10 DEFENDANT IN CUSTODY                  00/00/00
    DAVY, THOMAS M.
05/18/10 PRISONER DATA SHEET TO ISSUE          00/00/00
    DAVY, THOMAS M.
05/18/10 CONTINUANCE BY AGREEMENT              06/03/10
    DAVY, THOMAS M.
06/03/10 DEFENDANT IN CUSTODY                  00/00/00
    DAVY, THOMAS M.
06/03/10 PRISONER DATA SHEET TO ISSUE          00/00/00
    DAVY, THOMAS M.
06/03/10 MOTION DEFT - CONTINUANCE - MD        07/15/10
    DAVY, THOMAS M.
07/15/10 DEFENDANT IN CUSTODY                  00/00/00
    DAVY, THOMAS M.
07/15/10 PRISONER DATA SHEET TO ISSUE          00/00/00
    DAVY, THOMAS M.
07/15/10 CONTINUANCE BY AGREEMENT              08/25/10
    DAVY, THOMAS M.
08/25/10 DEFENDANT IN CUSTODY                  00/00/00
    DAVY, THOMAS M.
08/25/10 PRISONER DATA SHEET TO ISSUE          00/00/00
    DAVY, THOMAS M.
08/25/10 CONTINUANCE BY AGREEMENT              09/14/10
    DAVY, THOMAS M.
09/14/10 ADMONISH PER SP CT RULE 402          00/00/00
    DAVY, THOMAS M.








Defense
EXHIBIT
Sentencing
#15



Defense
EXHIBIT
sentencing
#16 (Group)

PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs.

**IMPORTANT: KEEP THIS NOTICE FOR YOUR PERSONAL RECORDS**

Date: _____ Time: _____

Court Branch: _____ Court Loc.: _____

*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY*

**TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)**

Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Preventive Programs and Neighborhood Relations Division at (312) 745-6985.

**OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES**

If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (except court holidays). The warrant officer will then assist you in the process of obtaining the warrant or summons.

\* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 1340 S. Michigan, on the first floor.

**AUTOMATED VICTIM NOTIFICATION (AVN)**

The County of Cook has a toll-free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail, call 1-877-846-3445. *Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.*

**ILLINOIS CRIME VICTIMS NOTIFICATION**

Innocent ____ victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation Program. If such costs as medical, funeral, loss of support and wage loss, NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING. To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago Illinois 60601, or by calling (312) 814-2581.

**RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED**

The Chicago Police Department must be notified IMMEDIATELY, via the "911" emergency number, when property reported lost or stolen is recovered.

**CREDIT CARDS - CHECKS, LOST OR STOLEN**

Immediately notify the concerned credit card issuer or bank by telephone line to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also info in the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

---

On file with the Chicago Police Department under the above listed R.D. Number. Refer to this number.

An officer will be in contact with you, communicating with the Chicago Police Department concerning this incident. Your case will be assigned to begin an investigation based upon specific facts obtained during the initial investigation. The presence of (2) hours may result in the arrest and... If the suspect(s) can be identified... The value can be identified... Other assistance is needed.

**ADDITIONAL INFORMATION**

Knowledge of specific facts which might assist in the investigation of your case, please contact the unit

| | |
|---|---|
| **FOR PROPERTY CRIMES** | **FOR VIOLENT CRIMES** |
| ☐ (312) 747-8382 | ☐ (312) 747-6380 |
| ☐ (312) 747-8228 | ☐ (312) 747-6271 |
| ☐ (312) 744-8263 | ☐ (312) 744-8261 |
| ☐ (312) 746-8253 | ☐ (312) 746-8251 |
| ☐ (312) 746-8362 | ☐ (312) 746-8262 |

(Non-Areas) ☐ (312) 746-7619

| **FOR YOUTH INVEST.** | **Police District of Occurrence** |
|---|---|
| ☐ (312) 747-8385 | ☐ 14, 15, 16, 17, 25 |
| ☐ (312) 747-9276 | ☐ 18, 19, 20, 23, 24 |
| ☐ (312) 744-8266 | ☐ 27, 8, 9, 21 |
| ☐ (312) 746-9259 | ☐ 3, 4, 5, 6, 22 |
| ☐ (312) 746-8365 | ☐ 1, 10, 11, 12, 13 |

| **Court Branch for Warrant or Summons** | |
|---|---|
| Branch 23 | 5555 W. Grand Ave. |
| Branch 29 | 2452 W. Belmont Ave. |
| Branch 34 | 155 W. 51st St. |
| Branch 35 | 727 E. 111th St. |
| Branch 43 | 3150 W. Flournoy St. |

**REPORT:** The above listed R.D. Number may suffice for insurance purposes. However, there may be times when a copy of the case report is desired. A copy of the case report verifies that an incident of injury, theft, etc., has been reported to the Chicago Police Department may be obtained after the 14 working days from the time the incident was reported. To obtain a copy of the report, send a check or money order payable to the CHICAGO POLICE DEPARTMENT - CITY OF CHICAGO in the amount of $5.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st Floor, 3510 South Michigan Avenue, Chicago Illinois 60653. Include the following information with your request: 1) Victim's name and address (or business), 2) Type of incident, 3) Address of occurrence, and 4) R.D. Number.

**9-1-1 CALL:** To report a crime in progress or other emergency that requires immediate police response, dial 911. For non-emergency situations, call the Police Department at 311 within City limits, or if outside the City, at (312) 746-6000.

**PREVENTIVE POLICING STRATEGY (CAPS)**

We cannot solve the problems of crime in our City. It takes an active and informed community working together to really make a difference. Join your neighbors and community police team to help address crime in your neighborhood. Become part of the CAPS team effort now, call:

**CAPS HOTLINE:** (312) 744-CAPS [(312) 744-2277] or 311

Your next Beat Community Meeting will be held on (date / time) _____ at (location) _____

**SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS**

**World Wide Web** at http://www.cityofchicago.org/CAPS.

RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS

CPD-11.450 (Rev. 6/04)

SR 1C JANUARY 2011

Printed by authority of the State of Illinois

# ILLINOIS MOTORIST REPORT

**CHICAGO POLICE DEPARTMENT**

INVESTIGATING AGENCY

Illinois Department of Transportation
Crash Record Section
340 North 8th Street
Springfield, Illinois 62768-0001

Copies of police crash reports may be obtained by sending $5 per copy (check or money order) made payable to Department of Finance - City of Chicago and mailed to:

Chicago Police Department
Records Inquiry & Customer Service Section - Unit 163
3510 South Michigan Avenue - Room 1027 SE
Chicago, IL 60653-1020

**UNIT 1**

34. ADDRESS NO. 3100

NAME: Randle, Tinka

STREET ADDRESS: 7955 S. Kedzie

CITY: Chicago  STATE: IL

TELEPHONE: 773-491-1986

DRIVER LICENSE NO.: K534 9134 1672

STATE: IL  ZIP: 60652

SEX: F  AGE: 22

DATE OF BIRTH: 3/10/91

INJURY: V  CLASS: D

**UNIT 2**

ADDRESS NO.

NAME:

STREET ADDRESS:

CITY:  STATE:

TELEPHONE:

DRIVER LICENSE NO.

STATE:  ZIP:

SEX:  AGE:

DATE OF BIRTH:

INJURY:  CLASS:

(CIRCLE) N E S W
(CIRCLE) FT / M IN N S W

☐ DRIVER ☐ PAWED ☐ PED ☐ PEDAL ☐ EQUES ☐ NMV
AT INTERSECTION WITH / (NAME OF INTERSECTION OR ROAD FEATURE)

HIGHWAY or STREET NAME: Columbus

---

37. DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY
☐ $500 OR LESS
☐ $501 - $1,500
☑ OVER $1,500

TYPE OF REPORT
☑ ON SCENE
☐ NOT ON SCENE (DESK REPORT)
☐ AMENDED

31
☑ A. No Injury / Drive Away
☐ B. Injury and / or Tow Due to Crash

35 INTERSECTION RELATED: ☐ Yes ☑ No
PRIVATE PROPERTY: ☐ Yes ☐ No
HIT & RUN: ☐ Yes ☑ No

CITY: CHICAGO  COUNTY: COOK

**UNIT 1**
MAKE: Dodge
PLATE NO.: 30 2484 9
VIN: 30 2484 9 M 126 10 10 1890
MODEL: Ram
YEAR: 02

**UNIT 2**
MAKE:
PLATE NO.:
VIN:
MODEL:
YEAR:

32
33 FLD. NUMBER: HV-426365
*C110028692*

36 DATE OF CRASH: mo 3 / day 11 / yr V  TIME: 3:30 ☑ AM ☐ PM
38 NUMBER MOTOR VEHICLES INVL'D: 2

BEAT OF OCCURRENCE: 655
PHOTOS TAKEN: ☐ Yes ☑ No
STATEMENTS TAKEN: ☐ Yes ☑ No

OWNER ADDRESS (LAST, FIRST M.I.): SIA Above
OWNER ADDRESS (STREET, CITY, STATE, ZIP)

**YOUR INSURANCE**
Insurance Co.: Insurance
Policy No.:

## DIAGRAM — WHAT HAPPENED
### INSTRUCTIONS

1. Follow dotted lines to draw outline of roadway at place of crash.
2. Number each vehicle and show direction of travel by arrow.
3. Use solid line to show path before crash.

dotted line after crash:

4. Show pedestrian by:
5. Show railroad by:
6. Show utility poles by:
7. Show motorcycle by:

INDICATE NORTH BY ARROW

DIAGRAM

Columbus Drives

road
onroad

Columbus Drives

NARRATIVE (Refer to vehicle by Unit No.)

On August 14th at approximately 0:15pm. I was traveling southbound on Columbus when I noticed a sus-picious vehicle following me. the sedan rear-ended by Dodge Ram pulled up on the driver's side, and made a a hand gesture in the shape of a gun I was able to take pictures but the suspect fled the scene I pulled over immediately called the police who in turn told me to make a report at the police station.

THE PROVIDING OF FALSE INFORMA-TION IS A CLASS C MISDEMEANOR AND CAN RESULT IN A $500 FINE AND A 30-DAY SENTENCE.

PRINT OR TYPE ALL INFORMATION ON THIS FORM.

THIS REPORT IS CONFIDENTIAL AND CANNOT BE USED AS EVIDENCE IN ANY TRIAL.

### The Safety Responsibility Law
For general information only

(See Sections 625 ILCS 5/7-100 through 5/7-216 of the Illinois Vehicle Code for complete statute.)

In certain cases drivers and owners may be required to prove financial responsibility, usually by presenting evidence of automobile liability insurance.

Where any person sustains property damage in excess of $1,500 (or, $500 if any driver is uninsured) or personal injuries, the names of all involved motorists are sent to the Secretary of State with a legal notice of possible security deposit. The notice names all potential property damage claimants, and lists the evaluated amounts of the potential claims...

#### LEGAL REQUIREMENTS

As the driver of a motor vehicle involved in a traffic crash causing death, injury, or damage to any one person's vehicle or property exceeding $1,500, you must complete and submit this report...

#### INSTRUCTIONS
OBSERVE THE FOLLOWING RULES:

1. PRINT ALL NAMES AND ADDRESSES.
2. Answer all questions to the best of your knowledge. If unable to answer questions, mark "NIC" for "not known."
3. The nature and extent of all damages and injuries must be clearly and completely stated...
4. Use a second report form or a report additional vehicles, injured persons, witnesses, or any other information when there is not sufficient space.
5. SIGN THE REPORT in the space at the bottom of the front side of this report form.

THIS SPACE FOR FLEET OPERATORS ONLY

If your vehicle is subject to the Federal Motor Carrier Safety Regulations, provide your USDOT number below:

USDOT number

Has the Department of Insurance issued a certificate of self-insurance covering your vehicle?

☐ YES   ☐ NO

# VICTIM INFORMATION NOTICE/ CHICAGO POLICE DEPARTMENT

*THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY.*

INCIDENT _____  R.D. No. #HV5746219

IUCR CODE 282S

NAME OF VICTIM/COMPLAINANT _____  DATE/TIME OF OCCURRENCE _____  BEAT OF OCCUR. _____

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs. _____

If an arrest has taken place, the following is your court information: Date: _____  Time: _____  Court Branch: _____  Court Loc.: _____

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether or a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect (s) or the recovery of property. Your case will be reviewed and retained to determine if criminals active in the area can be identified. *A detective will not routinely contact you unless additional information is required or your further assistance is needed.*

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 869 - 7200.

## TO REPORT ADDITIONAL INFORMATION

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| | PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS |
|---|---|---|---|
| AREA CENTRAL | ☐ (312) 747-8382 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| AREA SOUTH | ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 |
| AREA NORTH | ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| BOMB & ARSON (ALL AREAS) | ☐ (312) 746-7619 | | |

## MISSING PERSONS LOCATED

When persons reported missing are located or have returned, the MISSING PERSONS SECTION must be contacted IMMEDIATELY at (312) 745-6052.

## COPY OF THE REPORT

The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report which verifies that an Incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the "*DEPARTMENT OF REVENUE-CITY OF CHICAGO*" in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) R.D. Number and address (or person reporting crime), 2) Type of Incident, 3) Address of occurrence, and 4) R.D. Number.

## MAKE THE RIGHT CALL

To report a crime in progress or other emergency that requires immediate police response, call 911.

To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits call (312) 746-6000.

## CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS)

### SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS

The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call 311 or visit online at:

http://www.chicagopolice.org.

You live on Beat _____

Your next Beat Community Meeting will be held on (date / time) _____ at (location) _____

CPD-11.383 (Rev. 3/12)-English

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring the Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays).* The warrant officer will then assist you in the process of obtaining the warrant or summons.*

\* For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison, on the first floor.

### Police District of Occurrence

| ☐ | 14,15,16,17,25 |
| ☐ | 1,18,19,20,24 |
| ☐ | 2,7,8,9 |
| ☐ | 3,4,5,6,22 |
| ☐ | 10,11,12,13 |

### Court Branch for Warrant or Summons

| Branch 23 | 5555 W. Grand Ave. |
| Branch 29 | 2452 W. Belmont Ave. |
| Branch 34 | 155 W. 51st St. |
| Branch 35 | 727 E. 111th St. |
| Branch 43 | 3150 W. Flournoy St. |

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Special Activities Section at (312) 745 - 5823.

## AUTOMATED VICTIM NOTIFICATION (AVN)

The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail: call 1-877-846-3445. Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.

## ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation Program for such costs as medical, funeral, loss of support, and wage loss. *NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING.* To apply or to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling (312) 814-2581.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED

The Chicago Police Department must be notified *IMMEDIATELY,* via the "911" emergency number, when property reported lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

**IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS**

# VICTIM INFORMATION NOTICE/CHICAGO POLICE DEPARTMENT

INCIDENT: _____

NAME OF VICTIM/COMPLAINANT: _____ THIS IS NOT AN OFFICIAL POLICE REPORT - IT IS FOR INFORMATION PURPOSES ONLY.

CASE NAME - PEOPLE OF THE STATE OF ILLINOIS/CITY OF CHICAGO vs.

| | IUCR CODE | BEAT/UNIT OF ASSIGN. | Court Branch: | Court Loc: |

If an arrest has taken place, the following is your court information: Date: _____ Time: _____ DATE/TIME OF OCCURRENCE R.D. No.

BEAT OF OCCUR.

If you need more help call the Victim/Witness Assistance Program of the Cook County State's Attorney's Office at (773) 869 - 7200.

Your case will be on file with the Chicago Police Department under the above listed R.D. Number. Refer to this number whenever you are communicating with the Chicago Police Department concerning this incident. Your case will be assigned for follow-up investigation based upon specific facts obtained during the initial investigation. The presence of these facts can predict whether a comprehensive follow-up investigation would likely result in the arrest and prosecution of the suspect(s) or the recovery of property. Your case will be reviewed and retained to determine if criminals are active in the area can be identified. A detective will not routinely contact you unless additional information is required or your further assistance is needed.

## TO REPORT ADDITIONAL INFORMATION

If you have knowledge of specific facts which might assist in the investigation of your case, please contact the unit marked below:

| PROPERTY CRIMES | VIOLENT CRIMES | SPECIAL VICTIMS |
|---|---|---|
| AREA CENTRAL ☐ (312) 747-8382 | ☐ (312) 747-8380 | ☐ (312) 747-8385 |
| AREA SOUTH ☐ (312) 747-8273 | ☐ (312) 747-8271 | ☐ (312) 747-8276 |
| AREA NORTH ☐ (312) 744-8263 | ☐ (312) 744-8261 | ☐ (312) 744-8266 |
| BOMB & ARSON (ALL AREAS) ☐ (312) 746-7619 | | |

## MISSING PERSONS LOCATED

When persons reported missing are located or have returned, the MISSING PERSONS SECTION must be contacted IMMEDIATELY at (312) 745-6052.

## COPY OF THE REPORT

The above listed R.D. Number may suffice for insurance purposes. However, there may be instances when a copy of the case report is desired. A copy of the case report which verifies that an incident of injury, loss or damage has been reported to the Chicago Police Department may be obtained after 14 working days from the date the incident was reported. To obtain a copy of the report, send a check or money order payable to the "DEPARTMENT OF REVENUE-CITY OF CHICAGO" in the amount of $.50 and a self-addressed stamped return envelope to: Chicago Police Department Headquarters, Records Inquiry Section, 1st floor, 3510 South Michigan Avenue, Chicago, Illinois 60653. Include the following information with your request: 1) Victim's name and address (or person reporting crime ), 2) Type of incident, 3) Address of occurrence, and 4) R. D. Number.

## MAKE THE RIGHT CALL

To report a crime in progress or other emergency that requires immediate police response, call 911. To report non-emergency situations, call the Police Department at 311 within City limits, or if outside the City limits call (312) 746-6000.

## CHICAGO ALTERNATIVE POLICING STRATEGY (CAPS) SAFE NEIGHBORHOODS ARE EVERYBODY'S BUSINESS

The police alone cannot solve the problems of crime in our City. It takes an active and informed community working with the police and other City agencies to really make a difference. Join your neighbors and your neighborhood police officers as we work together to reduce crime and improve the quality of life in our City. Become part of the CAPS team in your community. To find out how, call 311 or visit online at:

http://www.chicagopolice.org

Your next Beat Community Meeting will be held on (date / time) _____

at (location) _____

You live on Beat _____

CPD-11.383 (Rev. 3/12)-English

IMPORTANT: RETAIN THIS NOTICE FOR YOUR PERSONAL RECORDS

## TELECOMMUNICATIONS DEVICE FOR THE DEAF/TELETYPE (TDD/TTY)

Hearing-impaired persons who possess such equipment may communicate with the Chicago Police Department 24 hours a day by calling (312) 746-9715. Hearing-impaired persons in need of assistance during normal business hours may also contact their local police district or the Special Activities Section at (312) 745 - 5823.

## OBTAINING A WARRANT OR SUMMONS FOR CRIMINAL CHARGES

If an arrest is made, you will be informed of the date, time, and location of the court proceedings at which your appearance will be required. When you report a crime and an arrest is not made, you may go in person to the appropriate court listed below to request that criminal proceedings be initiated by way of a warrant or summons. Bring this Victim Information Notice and any other relevant information, such as the offender's name, physical description, and home address to the warrant officer assigned to the court between 8:30 am and 11:30 am Monday through Friday (excluding court holidays).* The warrant officer will then assist you in the process of obtaining the warrant or summons.*

### Police District of Occurrence

| | Court Branch for Warrant or Summons |
|---|---|
| 14,16,17,25 | Branch 23 5555 W. Grand Ave. |
| 1,18,19,20,24 | Branch 29 2452 W. Belmont Ave. |
| 2,7,8,9 | Branch 34 155 W. 51st St. |
| 3,4,5,6,22 | Branch 35 727 E. 111th St. |
| 10,11,12,13 | Branch 43 3150 W. Flournoy St. |

*For incidents relating to domestic violence, a warrant/summons will only be issued from the Domestic Violence Court located at 555 West Harrison, on the first floor.

## AUTOMATED VICTIM NOTIFICATION (AVN)

The County of Cook has a toll free, multilingual, 24-hour Automated Victim Notification System. To obtain information about a defendant's court date or custody inside of Cook County Jail, call 1-877-846-3445. Do not depend only on the AVN for your safety. If you feel that you may be in danger, take precautions as if the defendant has already been released.

## ILLINOIS CRIME VICTIMS NOTIFICATION

Innocent victims of violent crime may be eligible to receive benefits from the Illinois Crime Victims Compensation program for such costs as medical, funeral, loss of support, and wage loss. NO RECOVERY IS PROVIDED FOR PROPERTY LOSS OR DAMAGE, NOR FOR PAIN OR SUFFERING. To apply to determine whether one qualifies, the victim, or if deceased, a relative or dependent, must contact the Illinois Attorney General's Office. Further information and claim forms can be obtained from the Crime Victims Compensation Program, Office of the Attorney General of Illinois, 100 West Randolph Street, 13th Floor, Chicago, Illinois 60601, or by calling (312) 814-2581.

## RECOVERY OF PROPERTY - STOLEN VEHICLE RECOVERED

The Chicago Police Department must be notified IMMEDIATELY via the "911" emergency number, when property reported lost or stolen is recovered.

## CREDIT CARDS - CHECKS, LOST OR STOLEN

Immediately notify the concerned credit card issuer or bank by telephone to reduce the possibility of being liable for the unauthorized use of your lost or stolen credit card or check. It is suggested that you also inform the credit card issuer or bank in writing as a follow-up measure to ensure proper notification.

| | | |
|---|---|---|
| | **Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** | |
| **10/18/2011 14:41:54**<br>Agent Contact | **Phone Number:** WEB<br>**Agent:** I11-ELMON MATHIS<br>**From:** B - OFFICE<br>**Code 1:** 002-OFFENDER FTF CONTACT<br>**Notes:** PAROLEE REPORTED TO CHATHAM PAROLE OFFICE FOR F/F CONTACT. NO NEG PD CONTACT, VALID UPDATED ILLINOIS STATE ID, UNEMPLOYED ATTENDING COLLEGE ONLINE PART TIME AT KAPLAN UNIVERSITY. | |
| **11/03/2011 00:42:13**<br>Offender Check-In Call | **Actual Phone:** (773) 498-2966<br><br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** | |
| **11/09/2011 10:32:59**<br>Agent Contact | **Phone Number:** WEB<br>**Agent:** J64-ERIC MILES<br>**From:** A - HOST SITE<br>**Code 1:** 006-ATTEMPT/NO CONTACT<br>**Notes:** AGT ATTEMPTING TO CONDUCT FTF. OFFENDER NOT PRESENT. AGT LEFT DETAILED VOICE MESSAGE WITH AGT CONTACT INFO AND INSTRUCTIONS. | |
| **11/12/2011 08:05:54**<br>Agent Contact | **Phone Number:** (773)949-3166<br>**Agent:** J64 ERIC MILES<br>**From:** A - HOST SITE<br>**Code 1:** 002 - OFFENDER FTF CONTACT<br>**Notes:** AGT COMPLETED FTF. OFFENDER INSTRUCTED TO CONTINUE CHECK INS, MONTHLY AGT VISITS AND REPORT ALL POLICE CONTACT. | |
| **11/17/2011 08:49:28**<br>Offender Check-In Call | **Actual Phone:** (773) 498-2966<br><br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** | |
| **11/26/2011 11:23:42**<br>Miscellaneous | J64<br>ERIC MILES<br><br>**Notes:** | |
| **11/26/2011 11:47:24**<br>Agent Contact | **Phone Number:** WEB<br>**Agent:** J64-ERIC MILES<br>**From:** B - OFFICE<br>**Code 1:** 009-CASE MANAGEMENT<br>**Notes:** TRANSFER REQUEST SUBMITTED TO SUPV. I30 TO BE FORWARDED TO APPROPRIATE PAROLE OFFICE. | |
| **12/03/2011 14:23:43**<br>Offender Check-In Call | **Actual Phone:** (773) 498-2966<br><br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** | Defense<br>EXHIBIT<br>sentencing<br>#17<br>CARDELS 800-765-0299 |

00644

| | |
|---|---|
| 12/05/2011 12:12:19<br>Agent Contact | **Phone Number:** WEB<br>**Agent:** I30-JANEAN JACKSON<br>**From:** B - OFFICE<br>**Code 1:** 009-CASE MANAGEMENT<br>**Code 2:** 290-CASELOAD REVIEW<br>**Notes:** TRF FWDED TO SUP TRAVIS FOR ASSIGNING TO HIS AREA. |
| 12/08/2011 12:22:59<br>Other Call | **Name:** ADAM BANCROFT/ATTORNEY<br>**Phone Number:** (269)427-5601<br>**Message:**<br>**Notes:** CALLER REQUESTED OFFENDERS CONTACT INFORMATION AND/OR AGENTS CONTACT INFORMATION. CALLER CAN BE REACHED AT 269-427-5601. |
| 12/08/2011 14:15:34<br>Agent Call | **Notes:** AGT I15 CALLED CHECK OFFENDERS PRB ORDERS AMS ADVISED PER OTS SUBSTANCE ABUSE PROGRAM. |
| 12/08/2011 14:58:02<br>Agent Call | **Notes:** AGT I15 CALLED TO VERIFY WHO OFFENDER IS ASSIGNED TO IN OTS. PER OTS, AMS ADVISED AGT I15. |
| 12/11/2011 17:42:22<br>Agent Contact | **Phone Number:** (708)243-0416<br>**Agent:** I15 JOSEPH JOHNSON<br>**From:** A - HOST SITE<br>**Code 1:** 002 - OFFENDER FTF CONTACT<br>**Notes:** OFFENDER REPORTED NO NEW POLICE OR DRUG CONTACT. IS EMPLOYED AT A BARBER SHOP, DA SHOP ON 111TH AND HALSTED, OFFENDER INSTRUCTED TO CHECK IN EVERY MONDAY. |
| 12/12/2011 13:26:37<br>Offender Check-In<br>Call | **Actual Phone:** (773) 498-2966<br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** |
| 12/19/2011 12:57:55<br>Offender Check-In<br>Call | **Actual Phone:** (773) 498-2966<br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** |
| 12/26/2011 11:25:15<br>Offender Check-In<br>Call | **Actual Phone:** (773) 498-2966<br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N<br>**Employed:** N<br>**Address Change:** N<br>**State Calling from:** IL<br>**Order of Protection:** N<br>**CI From Cell Phone:** N<br>**Notes:** |
| 01/02/2012 07:40:04<br>Offender Check-In<br>Call | **Actual Phone:** (773) 498-2966<br>**Verbal Phone:**<br><br>**Arrstd snce lst chk:** N |

ILLINOIS DEPARTMENT OF CORRECTIONS
# Parole Violation Report

Current and prior housing, substance abuse and/or mental health issues (include incarceration information if available) :

Does parolee have:

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| State ID | ☒ Yes | ☐ No | ☐ Unknown | Driver's License | ☐ Yes | ☐ No | | ☐ Unknown |
| Birth Certificate | ☒ Yes | ☐ No | ☐ Unknown | Social Security Card | ☒ Yes | ☐ No | | ☐ Unknown |

If parolee does not have a valid State ID or Driver's License, list the referral dates for identification assistance:

Offender attending or enrolled in sex offender treatment with (provider):     at (address):     for (length of time and progress - attach progress notes):

Is this current arrest or alleged violation a sex related offense? ☒ No ☐ Yes     Relationship to victim:

List the offender's overall successes that will assist in providing support upon re-entry to the community:

☐ Supportive Immediate Family System
☐ Supportive Friends/Extended Relatives System
☐ Supportive Community Resources (List) :
☐ Employable Skills (List) :
☒ Unknown

**Agent's Narrative for Community Adjustment and Complete Case Management Background** (mandatory for all cases, including new arrests and cases of mandatory warrant issuance): OFFENDER WAS COMPLIANT WITH IDOC RULES; MAKING REGULAR CHECKIN, CONTINUING FACE TO FACE CONTACT WITH AGT. NEGATIVE DRUG TEST ON 5/18/12 AND MAINTAIN CURRENTLY EMPLOYMENT. OFFENDER WAS RECOMMENDED EARLY RELEASE DUE AND LEVEL REDUCTION TO CONSISTENT COMPLIANCE. DUE TO THE RECENT EVENTS OF THE BANK OF AMERICAN BANK ROBBERY IN WHICH CHARLES ESTELL WAS INVOLVED IN HE NO LONGER QUALIFIES FOR RRD. OFFENDER CHARLES ESTELL IS CURRENTLY IN FEDERAL CUSTODY.

**Agent's Institutional and Release Recommendation**:

Is diversion recommended for this parolee ? ☒ No ☐ Yes     Support your recommendation using the three (3) diversion criteria : 1.RECENT

BANK ROBBERY, 2, NO SUITABLE HOUSING, 3. DIVERSION IS NOT RECOMMEND DUE TO THE OFFENDER ESTELL IN FEDERAL

CUSTODY.

Recommended changes to current PRB orders and justification: OFFENDER DOES NOT QUALIFY DUE TO OFFENDER IN FEDERAL

CUSTODY.

Recommended time to be served and justification: OFFENDER DOES NOT QUALIFY

Other recommendations and justification: TO BE DETERMINE BY THE PAROLE BOARD

Attachments: ☐ Sanction Form     ☐ Police Report     ☐ Other (specify):

I hereby declare under the penalty of perjury that the foregoing description of alleged violations made by me in this violation report is true and correct to the best of my knowledge and belief.

| | | | |
|---|---|---|---|
| D. BILLS | A87 | *DBK* | 6/5/12 |
| Print Parole Agent's Name | No. | Parole Agent's Signature | Date |

**Supervisor Comments** (if any - supervisor must <u>specifically</u> review the diversion review recommendation and concur/non-concur):

| | | | |
|---|---|---|---|
| Print Parole Supervisor's Name | No. | Supervisor's Signature | Date |

**Section B: Notice of Charges must be completed at the same time this section is completed**

Distribution: Offender; Releasing Authority; Offender's Case File;
     Parent Field Services Representative; AMS;
     Hearing Officer; if FOS, Interstate Compact

Page 2

*Printed on Recycled Paper*

DOC 0071 (Rev 04/2007)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Parole Violation Report

Charles Estell _____ M16368 _____

Offender's Name                                              ID#

### Section B:  Notice of Charges of Alleged Parole or Mandatory Supervised Release Violations

You are hereby notified that, as detailed on this form, you are charged with having committed the following violations of your conditions of Parole or Mandatory Supervised Release Agreement:

☒ 1.  Violation of any criminal statute.

☒ 2.  Possession of a firearm or other dangerous weapon.

☐ 3.  Failure to report to your agent.

☐ 4.  Failure to permit the agent to visit at home, employment, or elsewhere as determined necessary.

☐ 5.  Failure to attend or reside in a facility established for the instruction or residence of persons on parole or mandatory supervised release.

☐ 6.  Failure to secure permission before visiting or writing a committed person in a Department facility.

☐ 7.  Failure to report all arrests to an agent as soon as permitted by the arresting authority but in no event later than 24 hours after release from custody.

☐ 8.  Failure to obtain permission of your agent before leaving the State of Illinois.

☐ 9.  Failure to obtain permission of your agent before changing your residence or employment.

☐ 10.  Failure to consent to search of your person, property, or residence under your control.

☐ 11.  Use or possession of narcotics or other controlled substances in any form, or both, or any paraphernalia related to those substances, or failure to submit to a urinalysis test as instructed.

☐ 12.  Frequenting places where controlled substances are illegally sold, used, distributed, or administered.

☐ 13.  Knowingly associating with other persons on parole or mandatory supervised release without prior written permission of your agent or knowingly associating with persons who are members of an organized street gang.

☐ 14.  Failure to provide true and accurate information, relating to your adjustment in the community while on parole or mandatory supervised release or to your conduct while incarcerated, in response to inquiries by your agent.

☐ 15.  Failure to follow any specific instructions provided by your agent, specifically: _____

☐ 16.  Failure to comply with the following additional conditions of release: _____

You are entitled to a Preliminary Parole/Mandatory Supervised Release Violation Hearing before a neutral Hearing Officer to determine whether or not probable cause exists that you did commit one or more of the violations checked above.  You may appear and speak on your own behalf at this hearing and you may retain an attorney to represent you at the hearing.  You may present evidence to rebut the charges and you may make a written request in advance of the hearing to present witnesses who can provide relevant information or to question adverse witnesses.  If probable cause on any new criminal charge is determined by the court prior to the hearing date, you are not entitled to a preliminary hearing.

Your preliminary hearing is now scheduled to be held on: _____, 20_____ at _____ ☐a.m. ☐p.m.

at: _____

**Note:** If probable cause is found at the preliminary parole revocation hearing, you may request the hearing officer recommend to the Prisoner Review Board that the parole violation warrant be withdrawn pending a final parole revocation hearing.

As an alternative to the scheduled hearing, you may exercise one of the following options by initialing the appropriate box:

☐ A.  **Postpone:**  I request that my preliminary hearing be postponed for up to 30 days from today's date to permit me to obtain an attorney, witnesses, or documents.  I understand that it is my responsibility to present these individuals or materials at my hearing on:
Initials

_____, 20_____ at _____ ☐ a.m. ☐ p.m.

☒ B.  **Waive** (Illinois Offenders Only):  I elect to waive my preliminary hearing with the understanding that I will be afforded a full revocation hearing before the Prisoner Review Board or Parole Board.  This waiver does not indicate any admission of guilt to the above violations.
Initials

☐ C.  **Waive** (Adult Interstate Compact Only):  I admit guilt and waive my preliminary hearing.
Initials

I have received a copy of this Notice of Charges:

_Charles Estell_  M16368 _____ on _8_ , _16_ , _12_

Offender's Signature                                                                                   Date

A copy of this notice was delivered to the alleged violator by:

_JAMES GARLUND_ _____ _Senior Parole Agent_

Print Name                                                        Title

_____ on _8_ , _16_ , _12_

Signature                                                         Date

IDOC# _____

## NOTICE OF RIGHTS
## PRELIMINARY PAROLE REVOCATION HEARING

Pursuant to settlement of the class action law suit entitled *King v. Walker, et al.*, 06 C 204, in the United States District Court for the Northern District of Illinois:

- You have a right to a Preliminary Parole/Mandatory Supervised Release Revocation Hearing within 10 business days of imprisonment pursuant to the execution of a parole violation warrant to determine whether or not probable cause exists that you did commit one or more violations of your conditions of parole or mandatory supervised release.

- You have the right to waive the Preliminary Parole Revocation Hearing. A waiver of the preliminary parole revocation hearing does not indicate an admission of guilt to the alleged violations. If you waive the preliminary parole revocation hearing, you will receive a full revocation hearing before the Illinois Prisoner Review Board.

- You have the right to hire an attorney to represent you in connection with the Preliminary Parole Revocation Hearing.

- You have the right to appear at the hearing and speak on your behalf.

- You have the right to provide the hearing officer with documents and letters relevant to the alleged parole violation(s).

- You have the right to present witnesses at the hearing.

- You have the right to cross examine witnesses at the hearing.

- The burden of establishing probable cause is on the Illinois Department of Corrections which shall assign an investigator to conduct an investigation into the circumstances surrounding the arrest or violation.

- You have the right to receive a written decision of whether probable cause exists within 72 hours of the hearing.

- You DO NOT have the right to a preliminary hearing if probable cause on any new criminal charge is determined by the court prior to the hearing date.

- If probable cause is found at the Preliminary Parole Revocation Hearing, you may request that the hearing officer recommend to the Prisoner Review Board that the parole violation warrant be withdrawn pending a final parole revocation hearing. Withdrawal of the parole violation warrant would allow you to post bond if bond had been set by a criminal court judge in connection with the new criminal charges issued against you. You may request that the hearing officer recommend to the IPRB that the warrant be withdrawn pending a final revocation hearing by marking the appropriate box on the Parole Board order and return it to the PRB at the address provided on the order.

1

IDOC# _____

• Procedure for calling witnesses to testify at your preliminary parole revocation hearing:

     ○ If you would like to call witnesses to testify at your preliminary hearing, please provide the following information for each witness requested. Staff of the Prisoner Review Board will use the information provided to contact the witnesses and advise them of the date and time of the hearing. If your hearing is taking place at the Stateville Northern Reception and Classification Center, your witnesses may appear there or by video conferencing located at the West Side Adult Transition Center, located at 121 North Campbell, Chicago, Illinois 60612. The witnesses may also testify, with your agreement, by telephone. It is your responsibility to provide complete contact information to the Illinois Prisoner Review Board so the witnesses can be contacted in a timely manner. If you do not provide the proper witness contact information to the Illinois Prisoner Review Board prior to 72 hours before the hearing is scheduled, and you still want the witnesses to testify, you will have to request a continuance so the witnesses can be contacted by Illinois Prisoner Review Board.

---

*(Section to be filled out by parolee being held on a violation)*

I do not wish to call any witnesses _C E_ (place initials)

I would like to call the following witnesses:

Name: _____     Name: _____
Address: _____     Address: _____
Phone No. _____     Phone No.: _____
Relationship: _____     Relationship: _____
Witness to testify:   Yes or No        Witness to testify:  Yes or No

Name: _____
Address: _____
Phone No. _____
Relationship: _____
Witness to testify:   Yes or No

Acknowledgement of Receipt: I _CharLes EsTell_, IDOC # _16368_ hereby acknowledge
                      *Print Name*
that I have received a copy of this "Notice of Rights Preliminary Parole Revocation Hearing," and that I have
indicated my choice on whether or not I will call witnesses at my hearing.

Signed _Charles EsTell_      Date: _8/16/12_
     *Parolee*

---

*(Section to be filled out by inmate on his initial release from IDOC to parole or MSR)*

Acknowledgement of Receipt: I _____, IDOC # _____ hereby acknowledge
                      *Print Name*
that I have received a copy of this "Notice of Rights Preliminary Parole Revocation Hearing" upon my release
from the Department of Corrections to parole or Mandatory Supervised Release.

Signed· _____      Date: _____
     *Inmate*

2



| | Customer | Account Number | Bill Period | Bill Date | |
|---|---|---|---|---|---|
| | Tinka Randle | 134555729 | May 07 - Jun 06 | Jun 10, 2012 | **A1 of 19** |

# Call details

## (312) 852-4336

### Voice Call Details

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 1 | 05/07 | 09:38 AM | 312-577-4277 | Incoming | AU | 1:00 | |
| 2 | 05/07 | 10:10 AM | 312-577-4277 | Incoming | AU | 1:00 | |
| 3 | 05/07 | 12:08 PM | 312-577-4277 | CHICAGO,IL | AU | 2:00 | |
| 4 | 05/07 | 01:37 PM | 773-858-7762 | CHICAGO,IL | WC/AU | 1:00 | |
| 5 | 05/07 | 01:37 PM | 773-858-7762 | CHICAGO,IL | WC/AU | 1:00 | |
| 6 | 05/07 | 01:37 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 7 | 05/07 | 01:43 PM | 773-858-7762 | CHICAGO,IL | WC/AU | 1:00 | |
| 8 | 05/07 | 01:44 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 9 | 05/07 | 01:47 PM | 312-577-4277 | Incoming | AU | 2:00 | |
| 10 | 05/07 | 02:20 PM | 312-401-0645 | CHICAGO,IL | WC/AU | 1:00 | |
| 11 | 05/07 | 04:09 PM | Unavailable | Incoming | WC/AU | 1:00 | |
| 12 | 05/07 | 04:39 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 13 | 05/07 | 07:04 PM | 773-494-4986 | Incoming | NW/WC/AU | 1:00 | |
| 14 | 05/07 | 07:57 PM | 314-766-5159 | Incoming | NW/WC/AU | 2:00 | |
| 15 | 05/08 | 11:38 AM | 312-577-4277 | CHICAGO,IL | AU | 2:00 | |
| 16 | 05/08 | 12:48 PM | 312-577-4277 | CHICAGO,IL | AU | 3:00 | |
| 17 | 05/08 | 01:00 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 18 | 05/08 | 01:42 PM | 312-577-4277 | CHICAGO,IL | AU | 2:00 | |
| 19 | 05/08 | 03:29 PM | 561-463-5521 | BELLEGLADE,FL | AU | 1:00 | |
| 20 | 05/08 | 03:33 PM | 312-577-4277 | Incoming | AU | 3:00 | |
| 21 | 05/08 | 04:56 PM | 911 | Emergency | FC | 1:00 | |
| 22 | 05/08 | 05:01 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 23 | 05/08 | 05:02 PM | 314-766-5159 | ST LOUIS,MO | WC/AU | 1:00 | |
| 24 | 05/08 | 05:03 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 25 | 05/08 | 05:04 PM | 314-766-5159 | Incoming | WC/AU | 4:00 | |
| 26 | 05/08 | 05:22 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 27 | 05/08 | 05:31 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 28 | 05/08 | 05:46 PM | 773-858-7762 | CHICAGO,IL | AU | 5:00 | |
| 29 | 05/08 | 05:55 PM | 314-766-5159 | ST LOUIS,MO | WC/AU | 5:00 | |
| 30 | 05/08 | 06:40 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 31 | 05/08 | 07:57 PM | 312-577-4277 | CHICAGO,IL | NW/AU | 1:00 | |
| 32 | 05/08 | 07:57 PM | 773-858-7762 | CHICAGO,IL | NW/WC/AU | 2:00 | |
| 33 | 05/09 | 12:34 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 34 | 05/09 | 01:03 PM | 312-577-4277 | CHICAGO,IL | AU | 3:00 | |
| 35 | 05/09 | 01:44 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 36 | 05/09 | 02:41 PM | 312-577-4277 | Incoming | AU | 3:00 | |
| 37 | 05/09 | 06:13 PM | 314-766-5159 | ST LOUIS,MO | WC/AU | 2:00 | |
| 38 | 05/09 | 06:19 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 39 | 05/09 | 10:27 PM | 773-419-0126 | CHICAGO,IL | NW/WC/AU | 5:00 | |
| 40 | 05/09 | 11:15 PM | 773-419-0126 | CHICAGO,IL | NW/WC/AU | 4:00 | |
| 41 | 05/09 | 11:18 PM | 773-419-0126 | Incoming | NW/WC/AU | 10:00 | |
| 42 | 05/09 | 11:52 PM | 773-419-0126 | Incoming | NW/WC/AU | 72:00 | |
| 43 | 05/10 | 01:03 AM | 773-419-0126 | Incoming | NW/WC/AU | 8:00 | |
| 44 | 05/10 | 11:05 AM | 773-370-0225 | CHICAGO,IL | WC/AU | 1:00 | |
| 45 | 05/10 | 01:28 PM | 312-577-4277 | Incoming | AU | 1:00 | |

J - Anytime/Plan Usage    WC-Any Mobile, Anytime    NW - Night and Weekends    FC - Free Call
Free calls may be rated different ways depending on time of the calls and other particular services.



Defense EXHIBIT sentencing #18



| | Customer | Account Number | Bill Period | Bill Date | |
|---|---|---|---|---|---|
| | Tinka Randle | 134555729 | May 07- Jun 06 | Jun 10, 2012 | **A9 of 19** |

# Call details

## (312) 852-4336 (Continued)

### Voice Call Details

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 359 | 05/25 | 08:52 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 19:00 | |
| 360 | 05/25 | 09:11 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 1:00 | |
| 361 | 05/26 | 02:37 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 3:00 | |
| 362 | 05/26 | 03:12 PM | 314-766-5159 | Incoming | NW/WC/AU | 1:00 | |
| 363 | 05/26 | 03:41 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 1:00 | |
| 364 | 05/26 | 04:01 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 2:00 | |
| 365 | 05/26 | 04:13 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 1:00 | |
| 366 | 05/26 | 04:16 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 2:00 | |
| 367 | 05/26 | 04:29 PM | 773-947-7500 | Incoming | NW/AU | 4:00 | |
| 368 | 05/26 | 07:47 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 2:00 | |
| 369 | 05/26 | 07:56 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 1:00 | |
| 370 | 05/26 | 08:00 PM | 708-870-3364 | Incoming | NW/AU | 1:00 | |
| 371 | 05/26 | 08:02 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 3:00 | |
| 372 | 05/26 | 08:12 PM | 312-770-0747 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 373 | 05/26 | 08:30 PM | 312-770-0747 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 374 | 05/26 | 10:00 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 1:00 | |
| 375 | 05/26 | 10:03 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 1:00 | |
| 376 | 05/26 | 10:03 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 1:00 | |
| 377 | 05/26 | 10:29 PM | 312-770-0747 | CHICAGO,IL | NW/WC/AU | 3:00 | |
| 378 | 05/27 | 12:50 AM | 773-494-4986 | Incoming | NW/WC/AU | 2:00 | |
| 379 | 05/27 | 01:24 AM | 773-990-0773 | CHICAGO,IL | NW/WC/AU | 9:00 | |
| 380 | 05/27 | 12:40 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 2:00 | |
| 381 | 05/27 | 12:41 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 382 | 05/27 | 12:42 PM | 773-990-0773 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 383 | 05/27 | 01:02 PM | 773-808-8940 | CHICAGO,IL | NW/WC/AU | 3:00 | |
| 384 | 05/27 | 01:12 PM | 773-808-8940 | Incoming | NW/WC/AU | 2:00 | |
| 385 | 05/27 | 01:26 PM | 314-766-5159 | ST LOUIS,MO | NW/WC/AU | 2:00 | |
| 386 | 05/27 | 02:03 PM | 773-571-7473 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 387 | 05/27 | 03:27 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 388 | 05/27 | 03:48 PM | 773-584-1119 | Incoming | NW/WC/AU | 2:00 | |
| 389 | 05/27 | 03:50 PM | 773-584-1119 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 390 | 05/27 | 03:50 PM | 773-584-1119 | Incoming | NW/WC/AU | 1:00 | |
| 391 | 05/27 | 04:40 PM | 773-584-1119 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 392 | 05/27 | 04:48 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 393 | 05/27 | 05:18 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 394 | 05/27 | 05:20 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 395 | 05/27 | 09:30 PM | 773-571-7473 | Incoming | NW/WC/AU | 3:00 | |
| 396 | 05/27 | 09:39 PM | 773-571-7473 | Incoming | NW/WC/AU | 1:00 | |
| 397 | 05/27 | 09:39 PM | 773-571-7473 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 398 | 05/27 | 10:07 PM | 773-584-1119 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 399 | 05/27 | 10:23 PM | 773-571-7473 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 400 | 05/27 | 10:38 PM | 773-584-1119 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 401 | 05/27 | 10:46 PM | 773-584-1119 | CHICAGO,IL | NW/WC/AU | 2:00 | |
| 402 | 05/28 | 11:50 AM | 773-494-4986 | CHICAGO,IL | WC/AU | 1:00 | |
| 403 | 05/28 | 03:25 PM | 773-858-7762 | CHICAGO,IL | WC/AU | 1:00 | |

NW - Night and Weekends        WC-Any Mobile,Anytime        AU - Anytime/Plan Usage

 **Sprint**

| Customer | Account Number | Bill Period | Bill Date | |
|---|---|---|---|---|
| Tinka Randle | 134555729 | May 07 - Jun 06 | Jun 10, 2012 | **A10 of 19** |

# Call details

## (312) 852-4336 (Continued)

### Voice Call Details

| | Date | Time | Phone Number | Call Destination | Rate Type | Minutes Used | Total Charges |
|---|---|---|---|---|---|---|---|
| 404 | 05/28 | 07:00 PM | 773-494-4986 | Incoming | NW/WC/AU | 1:00 | |
| 405 | 05/28 | 07:58 PM | 708-870-3364 | LA GRANGE,IL | NW/WC/AU | 19:00 | |
| 406 | 05/28 | 08:18 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 407 | 05/29 | 12:53 PM | 312-577-4277 | Incoming | AU | 2:00 | |
| 408 | 05/29 | 02:00 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 409 | 05/29 | 02:08 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 410 | 05/29 | 02:43 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 411 | 05/29 | 03:10 PM | 773-990-0773 | CHICAGO,IL | WC/AU | 1:00 | |
| 412 | 05/29 | 03:24 PM | 773-808-8940 | Incoming | WC/AU | 1:00 | |
| 413 | 05/29 | 04:41 PM | 773-990-0773 | CHICAGO,IL | WC/AU | 1:00 | |
| 414 | 05/29 | 04:45 PM | 773-768-7427 | CHICAGO,IL | WC/AU | 2:00 | |
| 415 | 05/29 | 06:51 PM | 312-577-4277 | Incoming | AU | 1:00 | |
| 416 | 05/29 | 10:59 PM | 773-990-0773 | CHICAGO,IL | NW/WC/AU | 2:00 | |
| 417 | 05/30 | 08:44 AM | 708-476-0114 | LA GRANGE,IL | WC/AU | 1:00 | |
| 418 | 05/30 | 02:11 PM | 773-516-7251 | CHICAGO,IL | WC/AU | 1:00 | |
| 419 | 05/30 | 02:12 PM | 773-516-7251 | Incoming | WC/AU | 3:00 | |
| 420 | 05/30 | 02:14 PM | 773-990-0773 | CHICAGO,IL | WC/AU | 1:00 | |
| 421 | 05/30 | 02:19 PM | 773-990-0773 | Incoming | WC/AU | 6:00 | |
| 422 | 05/30 | 02:25 PM | 773-990-0773 | CHICAGO,IL | WC/AU | 10:00 | |
| 423 | 05/30 | 02:34 PM | 773-990-0773 | CHICAGO,IL | WC/AU | 2:00 | |
| 424 | 05/30 | 02:36 PM | 773-990-0773 | Incoming | WC/AU | 1:00 | |
| 425 | 05/30 | 03:07 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 426 | 05/30 | 05:56 PM | 773-918-1111 | CHICAGO,IL | AU | 1:00 | |
| 427 | 05/30 | 06:12 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 428 | 05/30 | 06:15 PM | 773-584-1119 | CHICAGO,IL | WC/AU | 1:00 | |
| 429 | 05/31 | 02:47 PM | 773-584-1119 | CHICAGO,IL | WC/AU | 3:00 | |
| 430 | 05/31 | 06:28 PM | 773-584-1119 | CHICAGO,IL | WC/AU | 1:00 | |
| 431 | 05/31 | 06:29 PM | 773-584-1119 | CHICAGO,IL | WC/AU | 1:00 | |
| 432 | 05/31 | 06:33 PM | 312-577-4277 | CHICAGO,IL | AU | 1:00 | |
| 433 | 05/31 | 06:36 PM | 312-577-4277 | Incoming | AU | 2:00 | |
| 434 | 05/31 | 06:50 PM | 773-571-7473 | CHICAGO,IL | WC/AU | 1:00 | |
| 435 | 05/31 | 06:50 PM | 773-571-7473 | CHICAGO,IL | WC/AU | 1:00 | |
| 436 | 05/31 | 07:21 PM | 312-577-4277 | CHICAGO,IL | NW/AU | 1:00 | |
| 437 | 05/31 | 07:22 PM | 312-577-4277 | CHICAGO,IL | NW/AU | 1:00 | |
| 438 | 05/31 | 08:08 PM | 773-494-4986 | Incoming | NW/WC/AU | 1:00 | |
| 439 | 05/31 | 08:09 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 440 | 06/02 | 02:29 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 441 | 06/02 | 02:30 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 2:00 | |
| 442 | 06/02 | 02:33 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 443 | 06/02 | 02:33 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |
| 444 | 06/02 | 02:35 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 8:00 | |
| 445 | 06/02 | 03:02 PM | 773-494-4986 | CHICAGO,IL | NW/WC/AU | 1:00 | |

*BINGO!*
*THERE WERE NO MORE CALLS AFTER THIS DAY.*

NW - Night and Weekends    WC-Any Mobile,Anytime    AU - Anytime/Plan Usage

## Case Information

**UCFN:** 91A-CG-134515

**Lab Number:** 120614252 UA

**Report Date:** 08-26-2013

**Examiner Name:** Michael Fisher

**Tool Name:** CEAU Android

## Phone Information

**Manufacturer:** ZTE

**Model:** N860

**Gesture:**





9/4/2013 4:05 PM

Google Maps Suggestions Help

## Google Maps Suggestions

Total of 4 records

No unlinked records

Notes

| Data | Unlinked | Row ID |
|------|----------|--------|
| 4046 w. 111th st. in oak lawn, il 60453 | Logical | 1 |
| fogo de chão, north la salle boulevard, chicago, il | Logical | 2 |
| grand lux cafe, north michigan avenue, chicago, il | Logical | 3 |
| grand luxury | Logical | 4 |

| URL | Destination | Timestamp | Label |
|---|---|---|---|
| http://www.google.com/search?q=bank+of+america+on+111th+and+pulaski&x=5&y=25 | http://www.google.com/search?q=bank+of+america+on+111th+and+pulaski&x=5&y=25 | 2012-05-28T16:55:26Z | Unlinked 260 |
| http://www.google.com/search?hl=en&q=bank+of+ameri ca+on+111th+and+pulaski&oq=bank+of+america+on+111t h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp. 12...0.0.0.3286.0.0.0.0.0.0...0.0.ZxgMV1M jjP4&mvs=0 | http://www.google.com/search?hl=en&q=bank+of+ameri ca+on+111th+and+pulaski&oq=bank+of+america+on+111t h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp. 12...0.0.0.3286.0.0.0.0.0.0...0.0.ZxgMV1M jjP4&mvs=0 | 2012-05-28T16:55:36Z | Unlinked 261 |
| http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0. 3.2733.14840.7-1j2j4.12.0...0.0._ErdnuWS_pl&mvs=0 | http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0. 3.2733.14840.7-1j2j4.12.0...0.0._ErdnuWS_pl&mvs=0 | 2012-05-28T16:56:29Z | Unlinked 262 |
| http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew | http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew | 2012-05-28T16:56:58Z | Unlinked 263 |
| http://photo-ads-classified.com/item/309 | http://photo-ads-classified.com/item/309 | 2012-05-28T16:56:58Z | Unlinked 264 |
| lefebure bank vault - Google Search | http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0. 3.2733.14840.7-1j2j4.12.0...0.0._ErdnuWS_pl&mvs=0 | 2012-05-28T16:56:29Z | Unlinked 265 |
| America The Beautiful ~ Photos From Across America - LeFebure Corporation Bank Vault Time | http://photo-ads-classified.com/item/309 | 2012-05-28T16:56:58Z | Unlinked 266 |
| America The Beautiful ~ Photos From Across America - LeFebure Corporation Bank Vault Time | http://photo-ads-classified.com/item/309 | 2012-05-28T16:57:43Z | Unlinked 267 |
| http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg =AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew | http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg =AFQjCN Gap6A5m0RhBlwp0TKNmkKni-B4Ew | 2012-05-28T16:57:43Z | Unlinked 268 |
| http://www.google.com/search?q=lefebure+bank+vault &hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa =X& ei=La7DT7LCNOPq2QXNmYlt&ved=0CGcQsAQ&biw=3 | http://www.google.com/search?q=lefebure+bank+vault &hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa =X& ei=La7DT7LCNOPq2QXNmYlt&ved=0CGcQsAQ&biw=3 | 2012-05-28T16:58:01Z | Unlinked 269 |

| Title | URL | Count | Timestamp | Unlinked |
|---|---|---|---|---|
| bank of america hours of operation - Google Search | http://www.google.com/search?hl=en&q=bank+of+ameri ca+hours+of+operation&oq=bank+of+america+hours+of+ operation&aq=f&aql=&aqi=&gs_l=mobile-gws-serp.3... 116410.134084.0.135199.119.44.0.0.0.3.2941.5417.6-1j0j1j1.3.0...0.0.zwOXA6o-ms&mvs=0 | 1 | 2012-05-26T01:19:59Z | Unlinked 259 |
| http://www.google.com/search?q=bank+of+america+on+111th+and+pulaski&x=5&y=25 | http://www.google.com/search?q=bank+of+america+on+111th+and+pulaski&x=5&y=25 | 1 | 2012-05-28T16:55:26Z | Unlinked 260 |
| | http://www.google.com/search?hl=en&q=bank+of+ameri ca+on+111th+and+pulaski&oq=bank+of+america+on+111t h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp. 12...0.0.0.3286.0.0.0.0.0.0.0.0...0.0.ZxgMV1M jJP4&mvs=0 | 1 | 2012-05-28T16:55:36Z | Unlinked 261 |
| http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0.3.2733.14840.7- 1j2j4.12.0...0.0._ErdhuWS_pl&mvs=0 | http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0.3.2733.14840.7- 1j2j4.12.0...0.0._ErdhuWS_pl&mvs=0 | 1 | 2012-05-28T16:56:29Z | Unlinked 262 |
| http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCN Gap6A5m0RhBIwp0TKNmkKni-B4Ew | http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCN Gap6A5m0RhBIwp0TKNmkKni-B4Ew | 1 | 2012-05-28T16:56:58Z | Unlinked 263 |
| http://photo-ads-classified.com/item/309 | http://photo-ads-classified.com/item/309 | 1 | 2012-05-28T16:56:58Z | Unlinked 264 |
| lefebure bank vault - Google Search | http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l= mobile-gws-serp.3...12801.37134.0.39109.108.35.0.0.3.2733.14840.7- 1j2j4.12.0...0.0._ErdhuWS_pl&mvs=0 | 1 | 2012-05-28T16:56:29Z | Unlinked 265 |
| America The Beautiful -- Photos From Across America - LeFebure Corporation Bank Vault Time | http://photo-ads-classified.com/item/309 | 1 | 2012-05-28T16:56:58Z | Unlinked 266 |
| America The Beautiful -- Photos From Across America - LeFebure Corporation Bank Vault Time | http://photo-ads-classified.com/item/309 | 2 | 2012-05-28T16:57:43Z | Unlinked 267 |
| http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCN Gap6A5m0RhBIwp0TKNmkKni-B4Ew | http://www.google.com/url?sa=t&source=web&cd=7&ved =0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.c om%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCN Gap6A5m0RhBIwp0TKNmkKni-B4Ew | 2 | 2012-05-28T16:57:43Z | Unlinked 268 |
| http://www.google.com/search?q=lefebure+bank+vault &hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa=X& ei=La7DT7LCNOPq2QXNmYlt&ved=0CGcQsAQ&biw=320&bih=5 08 | http://www.google.com/search?q=lefebure+bank+vault &hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa=X& ei=La7DT7LCNOPq2QXNmYlt&ved=0CGcQsAQ&biw=320&bih=5 08 | 1 | 2012-05-28T16:58:01Z | Unlinked 269 |

| | | | |
|---|---|---|---|
| bank of america on 111th and pulaski - Google Search | http://www.google.com/search?hl=en&q=bank+of+ameri ca+on+111th+and+pulaski&oq=bank+of+america+on+111t h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp. 12...0.0.0.3286.0.0.0.0.0.0.0.0...0.0.ZxgMV1M.jjP4&mvs=0 | 1 | 2012-05-28T16:55:36Z  Unlinked 270 |

Boost Mobile

| Description | URL | | Timestamp | | |
|---|---|---|---|---|---|
| http://www.mystore411.com/store/view/602262/Bank-o f-America-BofA-Oak-Lawn | http://www.mystore411.com/store/view/602262/Bank-o f-America-BofA-Oak-Lawn | 1 | 2012-05-26T01:18:21Z | Logical | 239 |
| http://www.google.com/aclk?sa=l&ai=CjJH0GS_AT4D8M8 XBsQL466DoBeGK_aYC0fihmijTk8aAXggAEAEgIbi6C1DF1JGg f__8BYMkGoAGDosL9A8gBAaoEHK_Qx_zGgaMOcJcCMuPAjZ bdK1DF2AP3fhJ-XkMEdoAFl-C8Cw&sig=AOD64_1dhJIL4PX-D lE4PVHWiw5rPk1-Bw&ved=0CAoQ0Qw&adurl=http://clicks erve.dartsearch.net/link/click%3Flid%3D43700003141 82129?%26ds_s_kwgid%3D5870000018990762%26ds_e_adi d%3D1069912662S%26ds_e_matchtype%3Dsearch%26ds_url_v%3D2 | http://www.google.com/aclk?sa=l&ai=CjJH0GS_AT4D8M8 XBsQL466DoBeGK_aYC0fihmijTk8aAXggAEAEgIbi6C1DF1JGg f__8BYMkGoAGDosL9A8gBAaoEHK_Qx_zGgaMOcJcCMuPAjZ bdK1DF2AP3fhJ-XkMEdoAFl-C8Cw&sig=AOD64_1dhJIL4PX-D lE4PVHWiw5rPk1-Bw&ved=0CAoQ0Qw&adurl=http://clicks erve.dartsearch.net/link/click%3Flid%3D43700003141 82129?%26ds_s_kwgid%3D58700000189907762%26ds_e_adi d%3D1069912662S%26ds_e_matchtype%3Dsearch%26ds_url_v%3D2 | 1 | 2012-05-26T01:19:07Z | Logical | 240 |
| http://mybofa.mobi/q22012/mb_index_grey_search?cha nnel=search&campaign=Q22012_Brand&category=Bank%20 of%20America-BMM,MS%20Core%20Brand%20Mobile-BMM&pu blisher=Google-PS&creative=bank%20of%20america&utm source=Google-PS&utm_medium=ppc&utm_term=bank%20o f%20america&utm_content=Bank%20of%20America-BMM&ut m_campaign=MS%20Core%20Brand%20Mobile-BMM&cm_mmc=O LB-Mobile%20Banking-_-Google-PS-_-bank%20of%20amer ica-_-Bank%20of%20America-BMM | http://mybofa.mobi/q22012/mb_index_grey_search?cha nnel=search&campaign=Q22012_Brand&category=Bank%20 of%20America-BMM,MS%20Core%20Brand%20Mobile-BMM&pu blisher=Google-PS&creative=bank%20of%20america&utm source=Google-PS&utm_medium=ppc&utm_term=bank%20o f%20america&utm_content=Bank%20of%20America-BMM&ut m_campaign=MS%20Core%20Brand%20Mobile-BMM&cm_mmc=O LB-Mobile%20Banking-_-Google-PS-_-bank%20of%20amer ica-_-Bank%20of%20America-BMM | 1 | 2012-05-26T01:19:07Z | Logical | 241 |
| bank of america hours of operation - Google Search | http://www.google.com/search?hl=en&q=bank+of+ameri ca+hours+of+operation&oq=bank+of+america+hours+of+ operation&aq=f&aqi=&aql=&gs_l=mobile-gws-serp.3.... 116410.134084.0.135199.119.44.0.0.3.2941.5417.6- 1j0j1j1.3.0...0.0.zwOXA6o-ms&mvs=0 | 1 | 2012-05-26T01:19:59Z | Logical | 242 |
| http://www.google.com/url?sa=t&source=web&cd=1&ved =0CGwQFjAA&url=http%3A%2F%2Fwww.forlocations.com%2 Fbankofamerica&ei=s_C_AT5bBOe62wWxzbWOAQ&usg=AFQjC NHmZYcG1zjTUSMyoG4No823alKEhQ | http://www.google.com/url?sa=t&source=web&cd=1&ved =0CGwQFjAA&url=http%3A%2F%2Fwww.forlocations.com%2 Fbankofamerica&ei=s_C_AT5bBOe62wWxzbWOAQ&usg=AFQjC NHmZYcG1zjTUSMyoG4No823alKEhQ | 1 | 2012-05-26T01:20:17Z | Logical | 243 |
| http://www.forlocations.com/bankofamerica | http://www.forlocations.com/bankofamerica | 1 | 2012-05-26T01:20:17Z | Logical | 244 |
| http://www.google.com/search?q=bank+of+america+on+ 111th+and+pulaski&x=5&y=25 | http://www.google.com/search?q=bank+of+america+on+ 111th+and+pulaski&x=5&y=25 | 1 | 2012-05-28T16:55:26Z | Logical | 245 |
| bank of america on 111th and pulaski - Google Search | http://www.google.com/search?hl=en&q=bank+of+ameri ca+on+111th+and+pulaski&oq=bank+of+america+on+111t h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp. 12....0.0.0.3286.0.0.0.0.0.0.0.0.0.ZxgMV1M_jjP4&mvs=0 | 1 | 2012-05-28T16:55:36Z | Logical | 246 |
| lefebure bank vault - Google Search | http://www.google.com/search?hl=en&q=lefebure+bank +vault&oq=lefebure+bank+vault&aq=f&aqi=&aql=&gs_l=_mobile-gws- | 1 | 2012-05-28T16:56:29Z | Logical | 24 |

| Name / Title | URL | Cnt | Last Visited | Type | No. |
|---|---|---|---|---|---|
| | serp.3...12801.37134.0.39109.108.35.0.0.0.3.2733.14840.7-1j2j4.12.0...0.0._Erdhu1WS_pI&mvs =0 | | | | 7 (247) |
| http://www.google.com/url?sa=t&source=web&cd=7&ved=0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.com%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCNGap6A5m0RhBIwp0TKNmkKni-B4Ew | http://www.google.com/url?sa=t&source=web&cd=7&ved=0CGIQFjAG&url=http%3A%2F%2Fphoto-ads-classified.com%2Fitem%2F309&ei=La7DT7LCNOPq2QXNmYlt&usg=AFQjCNGap6A5m0RhBIwp0TKNmkKni-B4Ew | 2 | 2012-05-28T16:57:43Z | Logical | 248 |
| America The Beautiful ~ Photos From Across America - LeFebure Corporation Bank Vault Time | http://photo-ads-classified.com/item/309 | 2 | 2012-05-28T16:57:43Z | Logical | 249 |
| http://www.google.com/search?q=lefebure+bank+vault&hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa=X&ei=La7DT7LCNOPq2QXNmYlt&ved=0CGcQsAQ&biw=320&bih=508 | http://www.google.com/search?q=lefebure+bank+vault&hl=en&prmd=imvns&tbm=isch&tbo=u&source=univ&sa=X&ei=La7DT7LCNOPq2QXNmYlt&ved=0CGcQsAQ&biw=320&bih=508 | 1 | 2012-05-28T16:58:01Z | Logical | 250 |
| http://www.google.com/url?sa=t&source=web&cd=1&ved=0CDEQFjAA&url=http%3A%2F%2Fmobile.southwest.com%2F&ei=G19ST4evF4iygweVy7nXDQ&usg=AFQjCNFkYDFWgvcsFb63t2Xja2n3q4bCYg | http://www.google.com/url?sa=t&source=web&cd=1&ved=0CDEQFjAA&url=http%3A%2F%2Fmobile.southwest.com%2F&ei=G19ST4evF4iygweVy7nXDQ&usg=AFQjCNFkYDFWgvcsFb63t2Xja2n3q4bCYg | 1 | 2012-03-03T21:37:52Z | Unlinked | 251 |
| Weedyard | weedyard | 0 | 2012-03-24T23:25:06Z | Unlinked | 252 |
| The Weed Yard - WeedYard.com - The Largest Medical Marijuana Strain Guide | http://www.weedyard.com/TheYard.html | 1 | 2012-03-24T23:25:45Z | Unlinked | 253 |
| http://www.weedyard.com/Strains/AngelHeart.html | http://www.weedyard.com/Strains/AngelHeart.html | 1 | 2012-03-24T23:30:01Z | Unlinked | 254 |
| http://www.joneslanglasalle.com/Pages/AboutUs.aspx | http://www.joneslanglasalle.com/Pages/AboutUs.aspx | 1 | 2012-05-21T18:04:58Z | Unlinked | 255 |
| http://mobile.southwest.com/f/ | http://mobile.southwest.com/f/ | 1 | 2012-03-03T21:37:52Z | Unlinked | 256 |
| http://www.google.com/m?hl=en&gl=us&source=android-unknown&q=southwest | http://www.google.com/m?hl=en&gl=us&source=android-unknown&q=southwest | 1 | 2012-03-03T21:37:45Z | Unlinked | 257 |
| Google | http://www.google.com/ | 1 | 2012-03-03T18:56:56Z | Unlinked | 258 |
| bank of america hours of operation - Google Search | http://www.google.com/search?hl=en&q=bank+of+america+hours+of+operation&oq=bank+of+america+hours+of+operation&aq=f&aqi=&aql=&gs_l=mobile-gws-serp.3....116410.134084.0.135199.119.44.0.0.0.3.2941.5417.6-1j0j1j1.3.0...0.0.zwOXA6o-ms&mvs=0 | 1 | 2012-05-26T01:19:59Z | Unlinked | 259 |

20&bih=5 08

bank of america on 111th and pulaski - Google Search

20&bih=5 08

http://www.google.com/search?hl=en&q=bank+of+ameri
ca+on+111th+and+pulaski&oq=bank+of+america+on+111t
h+and+pulaski&aq=f&aqi=&aql=&gs_l=mobile-gws-serp.
12...0.0.0.3286.0.0.0.0.0.0.0.0.0...0.0.ZxgMV1M