# CASE NO. _____

# ATTACHMENT NO. _____

# EXHIBIT _____

# TAB (Description) _____



re possible with GOD's grace and mercy! I love you with all of my heart.
his too shall pass! This is just a little book to keep you focused on coming
home to the people who love you most!



ChA?
Like I said Over dA
Phone Bitch ass nigga
u tried to get cauth
by not unfollowing THOSE
CAMERAS. But yo BITCH
is next. Remember tha
Niccas I want dat
CASH.

J. Adams
12340 S Wallace
Chicago IL 60619

Charles Estell #08237-045
Metropolitan Correctional Center
71 West Van Buren St
Chicago IL 60605

60605109399



DEFENDANT'S EXHIBIT 3









# CRIME SCENE INVESTIGATION
## Vehicle Mapping Form
### SUV 4 Door – Left Side (Drivers)

Date: 6/6/12
Location: ERT Bay Chicago, IL
Case Number: 91A-CG-1345-12
Recorder: McDavid / Jason Schastner

Make/Model: Cadillac Escalade
Year/Color: 2007 Blue
Registration Plate: (Front) X691416 (Rear) X69416
VIN: 16YEK63817R156655

mileage: 60487

Not to Scale

Scale: 1 block = 1'

(Make/Model approximated for reference and not intended to represent actual vehicle).

Form Design: Hochrein, 2006

00247
12 CR 416

# CRIME SCENE INVESTIGATION
Vehicle Mapping Form
SUV 4 Door – Right Side (Passengers)

Date: 6/6/12
Location: 2607 Cortliss, Eastate
Case Number: ChiA-06-13435
Recorder: Jason Schechner

Make/Model: Cadillac Escalade
Year/Color: 2007 Blue
Registration Plate: (Front) X69946 (Rear) X69946
VIN: 1GYFK63F17R156055

Ekt Bay, Chicago, IL

(Make/Model approximated for reference and not intended to represent actual vehicle)

Not to Scale

Scale: 1 block =

Form Design: Hochrein, 2006

00249
12 CR 416

