UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 12 CR 416-1 |
| CHARLES B. ESTELL, | ) ) | Judge Gary Feinerman |
| Defendant | ) | |

## NOTICE OF APPEAL

Notice is hereby given that Charles B. Estell, defendant above named, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment in this action announced on the 13th day of March 2014, and entered on the district court criminal docket on the 17th day of March 2014.

DATED: March 27, 2014

                                                          s/ John A. Meyer
                                         John A. Meyer, standby attorney
                                         for defendant Charles B. Estell

John A. Meyer
Meyer & O'Connor, LLC
135 South LaSalle Street
Suite 3300
Chicago, IL 60603-4134
312-346-9000

CERTIFICATE OF SERVICE

I, John A. Meyer, an attorney, state that I caused to be filed, by electronic filing (ECF), with the Clerk of the United States District Court for the Northern District of Illinois, the foregoing Notice of Appeal.

The undersigned also certifies, as to the following parties, that in accordance with F.R.Civ.P. 5, LR 5.5 and the General Order on Electronic Case Filing (ECF), the foregoing pleading, along with a notice of motion, if required, were served pursuant to the district court's ECF system as to ECF filers, if any, and were sent by first–class mail on March 27, 2014, to the non-ECF filers:

AUSA Patrick J. King
United States Attorney's Office
219 S. Dearborn St.
Chicago, IL 60604

    s/ John A. Meyer
John A. Meyer, attorney for defendant