Dear Judge Gary Feinerman

Sir my name is Charles Estell case no 12-CR-416 and I have a serious concern that I need help with. Sir right now this institution is on lockdown due to a serious staff assault and we have been since January of 2017. However I have a 2255 brief due in front of you by March 11, 2017 which by the time you recieve this letter will be behind us. Sir here's what the problem is I wrote the Court of Appeals informing them of this problem and that I needed an extention as soon as we recieved a memo from this prison that we would be on lockdown indefinitely which was in Feb 2017 and a (Gino J. Agnello) responded back saying that I do not have a appeal date on file which I understand because my appeal was denied on 3-11-16, but per the rules of the court I have one year from that date to file my 2255 which goes in front of you, so sir I am humbly asking you for a extention until further notice because my 2255 brief is important to me because my life is on the line. I did what I was suppose to do which was to notify the courts in situations like this and I can't afford to be time barred sir, so can you please verify all that I am saying is true and grant me a extention. Thankyou

Sincerely
Charles Estell
08237-045

FILED
MAR 13 2017
3-13-17
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Charles ESTELL #08237-045
USP Pollock
P.O. Box 2099
Pollock LA. 71467

SHREVEPORT LA 710

08 MAR 2017 PM 3 L



03/13/2017-24

Office of The Court Clerk
For the U.S. District Court
219 South Dearborn St.
Chicago Ill. 60604

60604-180099