FILED 3.7.17
MAR 13 2017 AB
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

To whom it may concern

My name is Charles Estell District Court No: 1-12-CR-416, Court of Appeals No: 14-1655. Sir or Ma'am this whole institution is on lockdown due to a serious staff assault, and its been on lockdown since January of this year 2017, and because of the seriousness of the assault we will be on lockdown for some time to come, however I have a 2255 brief thats due this month of March and I will not be able to make that deadline because of this lockdown. I recently sent a letter to the Court of Appeals back in Feb 2017, notifying them of this problem and giving the courts the respect it deserves as which is proper protocol about this lockdown & hoping that they will have time to respond back and give me a new due date for my 2255 a.k.a. extention. However here lies the problem, the courts wrote me back a (Gino J. Agnello) saying that I do not have a pending appeal in this court. Now I am confused because I know I have one year after the dismissal of my direct appeal to file my 2255 and my one year is up this month of March, I didn't anticipate being on lockdown this long, but once the institution passed out memo's informing the population that we will remain on lockdown indefinitely I immediately informed the courts of my situation which was Feb, 2017, I have already responded back to this Mr Gino J. Agnello person, so now i'm writing the District Court asking what is my next step because I cannot be time barred from filing my 2255 brief for something I have no control over such as this lockdown, so can you please forward this letter to the people that can help me with an extention until further notice. Thank you.

Sincerely
Charles Estell
08237-045

Charles ESTELL # 08237-045
USP Pollock
P.O. Box 2099
Pollock LA 71467



03/13/2017-26

OFFICE OF THE CLERK OF
The U.S. District Court
219 South Dearborn St
Chicago Ill. 60604