UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

UNITED STATES OF AMERICA
                      Plaintiff,

v.                                          Case No.: 1:12−cr−00416
                                          Honorable Gary Feinerman

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 16, 2017:

      MINUTE entry before the Honorable Gary Feinerman: as to Charles B Estell. Defendant's motions for extension of time [181],[182] are denied as moot The one−year statute of limitations commenced not on 3/10/2016, when the Seventh Circuit dismissed Defendant's appeal [179], but rather 90 days later, when the time for Defendant to petition for certiorari expired. See Clay v. United States, 537 U.S. 522 (2003). Mailed notice (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.