OFFICE OF
CLERK OF THE U.S. DISTRICT COURT
UNITED STATES COURTHOUSE
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

neopost
03/16/2017
US POSTAGE $000.46⁰

ZIP 60604
041M11270962

FIRST-CLASS MAIL

04/03/2017-23

RTS

2017 APR -3 PM 1:49

ok

12cr416
#183

RETURN TO SENDER
INMATE OR STAFF

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 60604180299
*0407-00624-16-43

**DEPARTED INSTITUTION**