
UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF ILLINIOS

| | |
|---|---|
| UNITED STATES OF AMERICA | ( |
| V | ( NO. 12 CR 416 |
| CHARLES ESTELL | ( |
| | ( |

MOTION FOR APPOINTMENT OF COUNSEL

Now, comes, petitioner, proceeding pro-se, asking the court to grant counsel for the following reasons :

1. Charles Estell was convicted of bank robbery and gun charges by a jury in federal court .

2. During the sentencing phase of his proceedings Mr. Estell was enhanced under the career offender statue pursaunt to 4b1.1 and 2k2.4(c) .

3. Since the Supreme Court decisions in Session v dimaya 138 S.ct 1204 1212, 1223 200led 2d 549; Johnson v US 135 S.ct 2551 192 led 2d 569; US v Davis 139 S.ct 2319 204 led 2d 757. The Supreme Court have concluded that the residual clause that s used to determine whether or not a charge can meet the elements thats needed to trigger a career offender

enhancement, is unconstitutional. The court held in each case that the imposition of crimnal punishment cannot be made to depend on a judges estimation of the degree of risk posed bt a crime imagined "ordinary case" .

4 . Due to the courts interpretation of what constitutes a crime of violence , now MR.Estell doesnt believe that his case fits the career offender requirements , and should be resentenced ,

## IN CLOSING

Mr. Estell is askin the court to appoint counsel so his arguement can be addressed .

DATE; 3/31/20

RESPECTFULLY SUBMITTED

Charles Estell
08237-045

Certificate of Service

I Charles Estell swear under the penalty of perjury that I mailed this notice as well as a motion to appoint counsel to the following address on this day of 3. .20

Clerk of the Court
219 Dearborn
Chicago Ill 60604

Date: 3/31/20

Respectfully Submitted

Charles Estell

08237-045

IN THE CIRCUIT COURT OF COOK COUNTY

PEOPLE OF THE STATE OF ILLINOIS )  CASE NUMBER    07CR1021001
V.                              )  DATE OF BIRTH  07/17/74
CHARLES       ESTELL            )  DATE OF ARREST 03/13/08
Defendant                          IR NUMBER 0918314    SID NUMBER 030938470

**ORDER OF COMMITMENT AND SENTENCE TO ILLINOIS DEPARTMENT OF CORRECTIONS**

===================================

The above named defendant having been adjudged guilty of the offense(s) enumerated below is hereby sentenced to the Illinois Department of Corrections as follows:

| Count | Statutory Citation | Offense | Sentence | Class |
|---|---|---|---|---|
| 003 | 720-5/18-3(a) | VEHICULAR HIJACKING | YRS ___ MOS 66 | 1 |

and said sentence shall run concurrent with count(s) ___ ___ ___

___ _____  YRS ___ MOS ___ ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on

___ _____  YRS ___ MOS ___ ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on

___ _____  YRS ___ MOS ___ ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on

___ _____  YRS ___ MOS ___ ___
and said sentence shall run (concurrent with)(consecutive to) the sentence imposed on

On Count ___ defendant having been convicted of a class ___ offense is sentenced as a class X offender pursuant TO 730 ILCS 5/5-5-3(C)(8).

On Count ___ defendant is sentenced to an extended term pursuant to 730 ILCS 5/5-8-2.

The Court finds that the defendant is entitled to receive credit for time actually served in custody for a total credit of 0619 days as of the date of this order

IT IS FURTHER ORDERED that the above sentence(s) be concurrent with the sentence imposed in case number(s) _____
AND: consecutive to the sentence imposed under case number(s) ___ ___ ___ ___

IT IS FURTHER ORDERED THAT COUNTS 1,2,4,5 MS NOLLE PROS.  2 YEARS MSR.

IT IS FURTHER ORDERED that the Clerk provide the Sheriff of Cook County with a copy of this Order and that the Sheriff take the defendant into custody and deliver him/her to the Illinois Department of Corrections and that the Department take him/her into custody and confine him/her in a manner provided by law until the above sentence is fulfilled

ENTERED
Sixth Municipal District  ENTER: 04/26/10
DATED  APRIL 26, 2010 Circuit Court of Cook County

APR 26 2010

CERTIFIED BY  S SKOWRONSKI                JUDGE  PANICI LUCIANO     1830
              DEPUTY CLERK
                                 Associate Judge Luciano Panici - 1830           CCG N305
JNP2 04/26/10 12 12 57

00887
12 CR 416

```
M/04993
DP6   09.15.00 06/04/12 CAIII0000
ILFBITP00

HDR/2L01DP60U        04993
ATN/WENTZ
THE FOLLOWING RECORD PERTAINS TO FBI/349506RA5
                      SID/CA29690548
RESTRICTED - DO NOT USE FOR EMPLOYMENT, LICENSING, PLACEMENT OR
             CERTIFICATION PURPOSES
************************************************************
DO NOT COLLECT DNA.  SAMPLE NOT VERIFIED BY FINGERPRINT RECEIVED BY THE
CAL-DNA DATA BANK.  FOR INFO (510) 620-3300 OR PC296.PC296@DOJ.CA.GOV
************************************************************
** PALM PRINT ON FILE AT DOJ FOR ADDITIONAL INFORMATION PLEASE E-MAIL
PALM.PRINT@DOJ.CA.GOV
** III MULTIPLE SOURCE RECORD
CII/A29690548
DOB/19740717      SEX/M   RAC/BLACK
HGT/602  WGT/185  EYE/BRO  HAI/BLK  POB/IL
NAM/001 ESTELL,CHARLES
MNU/FBI-349506RA5
****
  20081014   CASOSAN DIEGO              DOB:19740717
             8178871A
      001:11360(A) HS-SELL/FURNISH/ETC MARIJUANA/HASH
      002:11359 HS-POSSESS MARIJUANA FOR SALE
  20081210   CASCSAN DIEGO CENTRAL
             CD216721
      001:11360(A) HS-SELL/FURNISH/ETC MARIJUANA/HASH
        DISPO:DISMISSED
  20090109   CASCSAN DIEGO
             SCD216721
      001:11359 HS-POSSESS MARIJUANA FOR SALE
       *DISPO:CONVICTED
        CONV STATUS:MISDEMEANOR
        SEN: STAYED
*************************************************************
WANTS NOT CHECKED - PLEASE CHECK NCIC WANTS
*************************************************************
END OF RECORD
```

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO | (COURT USE ONLY) |
|---|---|
| ☒ CENTRAL DIVISION, CENTRAL COURTHOUSE, 1100 UNION ST., SAN DIEGO, CA 92101<br>☐ EAST COUNTY DIVISION, 250 E. MAIN ST., EL CAJON, CA 92020<br>☐ NORTH COUNTY DIVISION, 325 S. MELROSE DR., VISTA, CA 92081<br>☐ SOUTH COUNTY DIVISION, 500 3RD AVE., CHULA VISTA, CA 91910 | **FILED**<br>Clerk of the Superior Court<br><br>AUG 0 8 2019<br><br>By: N. Salazar, Deputy |
| PLAINTIFF<br>**PEOPLE OF THE STATE OF CALIFORNIA** | |
| DEFENDANT<br>Charles Estell | SUPERIOR COURT CASE NUMBER<br>SCD216721 |
| **MINUTES, RESPONSE, AND ORDER ON<br>PETITION FOR RESENTENCING (HS 11361.8)** | DISTRICT ATTORNEY NUMBER<br>ACJ499 |

**TO BE FILLED OUT BY THE COURT ONLY:**

Defendant has filed a petition for resentencing/reduction and alleges pursuant to H&S Code § 11361.8.

Defendant ☐ has completed his/her sentence and petitions to have the felony count(s) designated as a misdemeanor(s).

☐ is still serving a sentence on the felony count(s) and petitions for resentencing.

**TO BE FILLED OUT BY THE PROSECUTING AGENCY ONLY:**

The District Attorney responds:

☒ The District Attorney agrees that the following counts are eligible for resentencing/reduction: Ct 2: HS 11359
☐ Defendant is not entitled to the relief requested.
   Reason: ☐ No counts eligible under H&S Code § 11361.8.
   ☐ Defendant has at least one prior conviction for an offense under Pen. Code § 667(e)(2)(C)(iv) or for an offense requiring registration pursuant to Pen. Code § 290(c).
☐ A hearing should be held to determine ☐ whether defendant poses an unreasonable risk of danger to public safety ☐ other: _____

☒ Defendant has completed his/her sentence and is entitled to have the felony conviction(s) designated as a misdemeanor(s).
☐ Defendant is still serving his/her sentence and is entitled to resentencing.

Date: Aug 6, 2019

Heather Trocha — Digitally signed by Heather Trocha Date: 2019.08.06 11:34:06 -07'00'
Deputy District Attorney

**COURT ORDER**

☐ The Petition is denied.
☒ The Petition is granted and the counts identified above are ordered designated as a misdemeanor conviction(s).
   ☐ Formal probation is now ordered converted to Probation to the Court, Same Terms and Conditions.
☐ The matter is ordered set for hearing or resentencing on _____, at 1:30 p.m. in Department ____ of the:
   ☐ Central Courthouse, 1100 Union St., San Diego, CA 92101
   ☐ North County Regional Center, 325 South Melrose Dr., Vista, CA 92081
   ☐ East County Regional Center, 250 East Main St., El Cajon, CA 92020
   ☐ South County Regional Center, 500 3rd Ave., Chula Vista, CA 91910

Date: 8-8-19

LORNA ALKSNE
Judge of the Superior Court

**CLERK'S CERTIFICATE**

The foregoing document, consisting of ____ pages, is a full, true, and correct copy of the ☐ original
☐ copy on file in this office.
Clerk of the Superior Court

Date: _____ by _____, Deputy

SDSC CRM-278 - THC (New 11/16) | MINUTES, RESPONSE AND ORDER ON PETITION FOR RESENTENCING (HS 11361.8) | H&S Code § 11361.8.

Charles Estell #08237-045
U.S.P. Atwater
P.O. Box 019001
Atwater C.A. 95301





Clerk of The Court
219 S. Dearborn St.
Chicago Ill. 60604