# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

UNITED STATES OF AMERICA

                                      Plaintiff,

v.                                                           Case No.: 1:12–cr–00416
                                                                      Honorable Gary Feinerman

Charles B Estell

                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 27, 2020:

       MINUTE entry before the Honorable Gary Feinerman:as to Charles B Estell. Motion for attorney representation [185] is denied. The two predicate offenses were controlled substance offenses, not crimes of violence, so the residual clause had no bearing on Defendant's Guidelines calculation. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.